UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
GILBERTO PEREIRA BRITO, et al.,  )
        Petitioners,             )
                                 )  Civ. Action No. 19-11314-PBS
        v.                       )
                                 )
WILLIAM BARR, et al.,            )
        Respondents.             )
```

**ORDER**

June 14, 2019

SARIS, C.D.J.

On June 14, 2019, Gilberto Pereira Brito, Florentin Avila Lucas and Jacky Celicourt, immigration detainees currently confined at the Plymouth County Correctional Facility, filed a counseled habeas corpus petition and class action complaint for declaratory and injunctive relief.  See Docket No. 1 ("the petition").  The $5.00 filing fee was paid at that time.

ACCORDINGLY, this Court hereby orders that:

1.   The Clerk shall serve the petition on Respondents and the United States Attorney for the District of Massachusetts.

2.   Respondents shall respond to the petition within 21 days of the entry of this Order.

3.   In order to give the Court time to consider the matter, unless otherwise ordered by the Court, petitioner shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the

reason therefor.  Any such 48-hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday."  Fed. R. Civ. P.  6(a)(2)(C).

SO ORDERED.

                                         /s/ Patti B. Saris
                                        PATTI B. SARIS
                                        CHIEF UNITED STATES DISTRICT JUDGE