UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

GILBERTO PEREIRA BRITO,
FLORENTIN AVILA LUCAS, and JACKY
CELICOURT, individually and on behalf of
all those similarly situated,

Case No. 19-11314-PBS

*Plaintiffs-Petitioners,*

v.

**FILED UNDER SEAL**

WILLIAM BARR, et al.,

*Defendants-Respondents.*

## AFFIDAVIT OF SIDRA VITALE, ESQ.
## WITH REGARD TO GILBERTO PEREIRA BRITO

1.    I am an immigration attorney and have been practicing immigration law since 2007. My law office is located in Quincy, Massachusetts.

2.    I represent Gilberto Pereira Brito in proceedings before the Boston Immigration Court and in other immigration matters.  I began working with Mr. Pereira Brito and his family in 2016.  This affidavit is being prepared based on my personal knowledge and my work on Mr. Pereira Brito's case, including a review of various documents relating to it.  All documents attached as exhibits to this declaration are true and accurate copies.

3.    Mr. Pereira Brito was born in Brazil in 1979.  *See* Ex. A (passport).

4.    Mr. Pereira Brito entered the United States in April 2005 and was apprehended shortly thereafter.  He was released on personal recognizance and given a putative Notice to Appear.  *See* Ex. B (putative NTA).  However, the putative Notice to Appear did not provide him with the date, time, and place of his scheduled hearing, but rather purported to order him to appear at the JFK Federal Building on June 8, 2005, at 1:30 a.m., when the immigration court was not in session and no hearing was scheduled.  *See id.*  A removal order entered *in absentia*, dated June 9, 2005.  *See* Ex. C (June 9, 2005 Order).

5.  Mr. Pereira Brito lives in Brockton, Massachusetts, with his wife Darcy and three children, ages 10 years old, 4 years old, and 11 months old. *See* Exs. D (marriage certificate), E (birth certificate for ███████ age 10), F (birth certificate for ███████ age 4), G (birth certificate for ███████ age 11 months).  Mr. Pereira Brito's wife and children are all citizens of the United States.

6.  Mr. Pereira Brito's wife is disabled and cannot work. *See* Ex. H (compiled Social Security Administration and medical documentation), Ex. I (aff't of Darcy Pereira Brito).  Her medical problems include PTSD, panic disorder, and various complications from a prior surgery that make her feel constantly weak and sick. *See* Ex. I (aff't of Darcy Pereira Brito).  Mr. Pereira Brito's family depends on him for financial support, and, without him, they are unable to pay their rent and other expenses. *See id.*

7.  In 2007, Mr. Pereira Brito was pulled over in Dorchester, Massachusetts, and charged with unlicensed operation of a motor vehicle and operation of a motor vehicle under the influence of alcohol. *See* Ex. J (2007 docket).  He was released on personal recognizance at arraignment. *See id.*  In August 2008, he admitted sufficient facts, and the case was continued without a finding until July 2009.[1] *See id.*

8.  In May 2009, Mr. Pereira Brito was charged in Hingham, Massachusetts, with driving after suspension of his license. *See* Ex. K (2009 docket).  He was released on personal recognizance at arraignment. *See id.*  Mr. Pereira Brito misunderstood the court's instructions that he was "all set" and was incorrectly under the impression that the case was resolved. *See* Ex. L (Pereira Brito aff't).  It appears a default entered in June 2009, although the Commonwealth took no further action. *See* Ex. K (2009 docket).  It also appears that this charge triggered a violation of probation notice in the original 2007 case. *See* Ex. J (2007 docket).  But the notice was mailed to the wrong address, and Mr. Pereira Brito was not aware of it. *See* Exs. M (violation of probation notice sent to "Water Street"), L (Pereira Brito aff't explaining he lived on "W. Water Street" at the relevant time and never received the violation of probation notice).

---

[1] My understanding based on a review of police records is that police also initially alleged that a marijuana cigarette was found in the vehicle (which had three passengers when it was pulled over, in addition to Mr. Pereira Brito).  However, the possession charge against Mr. Pereira Brito was later dropped at the request of the Commonwealth. *See* Ex. J (2007 docket).  It appears that Mr. Pereira Brito was also charged with a civil violation for failure to keep right, but was adjudicated "not responsible." *See id.*

9.     Having thoroughly investigated the facts and circumstances of this case, I have
determined that Mr. Pereira Brito has not been arrested, and has not been
charged with or convicted of any crimes, since May 2009.

10.    Prior to being arrested by ICE, Mr. Pereira Brito disclosed his location to the
government and began the process to correct his immigration status. In June
2017, I filed a Form I-130 on behalf of Mr. Pereira Brito and his wife, which
was approved in 2018. *See* Ex. N (I-130 approval notice). This approval is the
first step in a process that would allow Mr. Pereira Brito to become a lawful
permanent resident of the United States by virtue of his marriage to Darcy,
who is a U.S. citizen.

11.    ICE arrested Mr. Pereira Brito at his home on March 3, 2019.

12.    After Mr. Pereira Brito was arrested, I filed a motion to reopen his removal
proceeding (*i.e.*, to vacate the prior removal order that entered *in absentia*
without his knowledge). That motion was granted by the immigration court
on or about March 18, 2019, based on "apparent lack of notice" to Mr. Pereira
Brito of the prior proceeding. *See* Ex. O (March 18, 2019 Order).

13.    In the immigration court, Mr. Pereira Brito intends to apply for relief from
removal, including cancellation of removal, a defense to removal that is
available to certain individuals who have been in the United States for more
than 10 years and have U.S. citizen family members who would suffer an
"exceptional and extremely unusual hardship" if the noncitizen were removed.[2]

14.    On April 4, 2019, Mr. Pereira Brito received a bond hearing before an
immigration judge in the Boston Immigration Court pursuant to 8 U.S.C. §
1226(a). I represented him at this hearing. The immigration judge required
that, in order to be released on bond, Mr. Pereira Brito bear the burden to prove
that he is not a danger or flight risk.

15.    In connection with that bond hearing, I submitted information including
records of Mr. Pereira Brito's marriage and the birth of his children, Darcy's
affidavit, certain medical and Social Security Administration documentation
relating to Darcy's disability, the form I-130 approval, an application for
cancellation of removal, the defective putative NTA from 2005, letters of
support from community members, and a photograph of Mr. Pereira Brito's
children. *See* Exs. B, D, E, F, G, H, I, N, P, Q, & R.

---

[2] Also, as described above, Mr. Pereira Brito is the beneficiary of an approved I-130,
Petition for Alien Relative, filed by his wife. That petition could become the basis
for an application for lawful permanent resident status at a future date.

16. At the bond hearing, Mr. Pereira Brito learned that his 2007 and 2009 cases were still open.

17. The immigration judge denied bond. In a subsequent explanatory decision, the immigration judge acknowledged that Mr. Pereira Brito "has been in the United States for over a decade, has a fixed address, and has existing family ties." *See* Ex. S (bond memorandum). However, the court nevertheless ruled that Mr. Pereira Brito "did not meet his burden to demonstrate that he neither poses a danger to the community nor is a risk of flight," based on the decade-old cases and his purported failure to demonstrate that "he has a strong case for eligibility for relief from removal." *See id.*

18. Mr. Pereira Brito appealed the decision denying him release on bond to the BIA on May 3, 2019. *See* Ex. T (notice of appeal). The appeal remains pending.

19. While detained, Mr. Pereira Brito has engaged criminal defense counsel to help him resolve the two old cases. The violation of probation proceeding in the 2007 case has now been dismissed, and the case is therefore resolved. *See* Ex. J (2007 docket). The 2009 case was scheduled for a hearing on June 6, 2019, but Mr. Pereira Brito was not transported from ICE detention to the state court. A new hearing in that case is scheduled for June 17, 2019, at which time it will likely be resolved (assuming Mr. Pereira Brito is transported to court).

20. On May 30, 2019, I filed a motion for a new bond hearing based on a change in circumstances. *See* Ex. U (motion and all exhibits). The changed circumstances included the fact that Mr. Pereira Brito's 2007 case is now resolved. The changed circumstances also included the fact that ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

21. On June 10, 2019, the immigration court denied Mr. Pereira Brito's motion for a new bond hearing based on changed circumstances. *See* Ex. V (June 10, 2019 Order). In that order, the immigration judge states that Mr. Pereira Brito's "circumstances have not changed materially since the last bond hearing." *See id.*

22. Mr. Pereira Brito's immigration proceedings have been pending since March and will likely continue for some time. His next hearing is currently scheduled for June 28, 2019.

23.     Mr. Pereira Brito has been held in immigration detention continuously since March 3, 2019.  Without an adequate bond hearing, Mr. Pereira Brito will likely remain detained throughout the pendency of these proceedings.  He has already been in jail for more than three months.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Sidra Vitale

6/15/2019
Date

Exhibit A

Darcy Pereira Brito
AgencyID



21

# Exhibit B

U. S. Department of Justice
Immigration and Naturalization Service

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No.
Case No: NCC0504000203
FIN #: 16862087

In the Matter of:

Respondent: Gilberto PEREIRA-Brito                                    currently residing at:

740 WASHINGTON ST
STOUGHTON MASSACHUSETTS 02072

(Number, street, city state and ZIP code)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

See Continuation Page Made a Part Hereof

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)  ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
JFK Federal Building 15 New Sudbury Street Room 320 Boston MASSACHUSETTS US 0220

(Complete Address of Immigration Court, including Room Number, if any)

on June 8, 2005        at  01:30 a.m.       to show why you should not be removed from the United States based on the
         (Date)              (Time)
charge(s) set forth above.

DARIN LOUEK
SUPERVISORY BORDER PATROL AGENT
(Signature and Title of Issuing Officer)

Date: April 12, 2005

Rio Grande City, Texas
(City and State)

*See reverse for important information*

Form I-862 (Rev. 3/22/99)N

4

Exhibit C

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA 02203-0002

In the Matter of:                           Case No.:
PEREIRA-BRITO, GILBERTO

                                            Docket: BOSTON, MASSACHUSETTS
RESPONDENT

                                            IN REMOVAL PROCEEDINGS

                        ORDER OF THE IMMIGRATION JUDGE

On Jun 8, 2005, at  1:30 P.M., pursuant to proper notice, the above
entitled matter was scheduled for a hearing before an Immigration Judge for the
purpose of hearing the merits relative to the respondent's request
for relief from removal. However,

(  √ )   the respondent was not present.

(   )   the respondent's representative was present; however, the
        respondent was not present.

(   )   neither the respondent nor the respondent's representative was
        present.

Therefore, in the absence of any showing of good cause for the respondent's
failure to appear at the hearing concerning the request for relief, I find that
the respondent has abandoned any and all claim(s) for relief from removal.

Wherefore, the issue of removability having been resolved, it is HEREBY ORDERED
for the reasons set forth in the Immigration and Naturalization Service
charging document that the respondent be removed from the United States to
BRAZIL.


                              LEONARD I. SHAPIRO
                              Immigration Judge
                              Date:  Jun 9, 2005

_____
                        CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)   PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE:  6/13/05      BY: COURT STAFF
       Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____


Form EOIR 36 - 7T (FTA)
SVM

Exhibit D

# CERTIFICATE OF MARRIAGE

| | | |
|---|---|---|
| 1 Place of Marriage | | Registered No. **407** |
| City or Town **Brockton** (Do not enter name of village or section of city or town) | 2 Date of Marriage **Oct. 20, 2013** (Month) (Day) (Year) | Intention No. **441** |

| 9 FULL NAME PARTY A | 11 FULL NAME PARTY B |
|---|---|
| Gilberto Pereira Brito | Darcy Lynne France |

| 3A SURNAME AFTER MARRIAGE **Pereira Brito** | 11A SURNAME AFTER MARRIAGE **Pereira Brito** |
|---|---|
| 4 DATE OF BIRTH | 5 OCCUPATION **Remodeler** | 12 DATE OF BIRTH | 13 OCCUPATION **At Home** |
| 6 RESIDENCE NO. & ST. | | 14 RESIDENCE NO. & ST. | |
| CITY **Brockton** ST. **MA** ZIP CODE **02301** | | CITY **Brockton** ST. **MA** ZIP CODE **02301** | |
| NUMBER OF MARRIAGE **2nd** | 7A WIDOWED OR DIVORCED **Divorced** | 15 NUMBER OF MARRIAGE (1st, 2nd, 3rd, etc.) **1st** | 15A WIDOWED OR DIVORCED |
| 8 BIRTHPLACE **Ipatinga** (City or town) | **Brazil** (State or country) | 16 BIRTHPLACE **Stoughton** (City or town) | **MA** (State or country) |
| 9 NAME OF MOTHER/PARENT | | 17 NAME OF MOTHER/PARENT | |
| 10 NAME OF FATHER/PARENT | | 18 NAME OF FATHER/PARENT | |

19 THE INTENTION OF MARRIAGE by the above-mentioned persons was duly entered by me in the records of the Community of **BROCKTON** (Place of Community) according to law, this **23rd** day of **SEPTEMBER** 20 **13**

COURT WAIVER Issued **September 26 2019** by _Anthony J. Zeoli_
AGE ORDER (Month) (Day) (Year) (City or Town) (Clerk or Registrar)

20 I HEREBY CERTIFY that I solemnized the marriage of the above-named persons at No. **278 Belmont** St. (If marriage was solemnized in a church, give its NAME instead of street and number) **Brockton** on **October 20 2013** (Name of city or town) (Month) (Day) (Year)
Signature _Nancy Krause_ **Justice of the Peace** (Number of the Clergy, Priest, Rabbi, Imam, or Justice of the Peace, etc.)
**Nancy Krause** (Print or type name)
Address **11 Winona St Brockton, MA 02301-5035**

21 Certificate recorded by city or town clerk **October 24, 2013** _Anthony J. Zeoli_ (Month) (Day) (Year) CLERK OR REGISTRAR

| 22 PARTY A SEX: ☒MALE ☐FEMALE | 23 PARTY B SEX: ☐MALE ☒FEMALE |
|---|---|

I certify that I am the City Clerk of Brockton, MA and I have Custody of
Records of Births, Marriages and Deaths required by law to be kept in
My office, I certify that the above is a true copy from said records.
WITNESS MY HAND AND SEAL OF THE CITY OF BROCKTON THIS 6th
DAY OF NOVEMBER 2013

_Anthony J. Zeoli_
ANTHONY J. ZEOLI, CITY CLERK

FEE $20.00

17

Exhibit E



## Commonwealth of Massachusetts

### CERTIFICATE OF BIRTH

#### FROM THE RECORDS OF BIRTHS IN THE

## TOWN OF WEYMOUTH, MASSACHUSETTS

| | |
|---|---|
| Date of Birth | ▮▮▮▮▮▮▮▮▮▮ |
| Full Name of Child | |
| Sex and if Twin | FEMALE |
| Place of Birth | WEYMOUTH, MA |
| Name of Father | GILBERTO PEREIRA BRITO |
| Maiden Name of Mother | DARCY LYNNE FRANCE |
| Residence of Parents | ROCKLAND, MA |
| Occupation of Father | - |
| Occupation of Mother | - |
| Birthplace of Father | IPATINGA MG BRAZIL |
| Birthplace of Mother | STOUGHTON, MA |
| Date of Record | January 23, 2009 |

I, the undersigned, hereby certify that I am clerk of the Town of Weymouth; that as such I have custody of the records of births required by law to be kept in my office,

And I do hereby certify that the foregoing is a true copy from the said records.

Witness my hand and seal of said town of Weymouth on this 8th day of January, 2013.

PLACE SEAL HERE



*Town Clerk*

| | |
|---|---|
| YEAR | 2009 |
| VOL. | 2009 |
| PAGE NUMBER | - 156 |

18#

# Exhibit F



## COPY OF RECORD OF BIRTH

REGISTERED NUMBER:   3624
STATE FILE NUMBER:    071424

CHILD

NAME:
SEX:        FEMALE                    PLURALITY:   SINGLE
DATE OF BIRTH:
PLACE OF BIRTH:    WEYMOUTH, MA

MOTHER/PARENT

NAME:    DARCY LYNNE PEREIRA BRITO
SURNAME AT BIRTH OR ADOPTION:    FRANCE
BIRTHPLACE:    STOUGHTON, MA
DATE OF BIRTH:

FATHER/PARENT

NAME:    GILBERTO    PEREIRA  BRITO
SURNAME AT BIRTH OR ADOPTION:    PEREIRA BRITO
BIRTHPLACE:    IPATINGA, MINAS GERAIS, BRAZIL
DATE OF BIRTH:

AT-BIRTH RESIDENCE:         BROCKTON, MA

DATE OF RECORD:              DECEMBER 30, 2014

DATE ISSUED:      AUGUST 27, 2015
I, the undersigned, hereby certify that I am the Clerk of the City of Brockton; that as
such I have custody of the records of birth, marriage, and death required by law to be
kept in my office; and I do hereby certify that the above is a true copy from said records,
as held in the Commonwealth's central vital records information repository.

_Clerk_
_City of Brockton_

19

Exhibit G



Commonwealth of Massachusetts
Registry of Vital Records and Statistics
RECORD OF BIRTH

REGISTERED NUMBER:   10050
STATE FILE NUMBER:   034518

CHILD
  NAME:   ███████████████
  SEX:   MALE
  DATE OF BIRTH:   ██████         PLURALITY:   SINGLE
  PLACE OF BIRTH:   BOSTON, MA      TIME:   ██████

MOTHER/PARENT
  NAME:   DARCY LYNNE PEREIRA BRITO
  SURNAME AT BIRTH OR ADOPTION:   FRANCE
  BIRTHPLACE:   STOUGHTON, MA
  DATE OF BIRTH:   ██████

FATHER/PARENT
  NAME:   GILBERTO — PEREIRA BRITO
  SURNAME AT BIRTH OR ADOPTION:   PEREIRA BRITO
  BIRTHPLACE:   IPATINGA MG, BRAZIL
  DATE OF BIRTH:   ██████

AT-BIRTH RESIDENCE:   BROCKTON, MA

DATE OF RECORD:   JULY 12, 2018

DATE ISSUED:   OCTOBER 03, 2018
I, the undersigned, hereby certify that I am the Clerk of the City of Brockton: that as
such I have custody of the records of birth, marriage, and death required by law to be
kept in my office; and I do hereby certify that the above is a true copy from said records,
as held in the Commonwealth's central vital records information repository.

Anthony J. Zeoli

Clerk
City of Brockton



Exhibit H

Exhibit Intentionally Excluded

# Exhibit I

## AFFIDAVIT OF DARCY PEREIRA BRITO

I, Darcy Pereira Brito, being duly sworn, depose and say:

1. My name is Darcy Pereira Brito, my maiden name is Darcy France. I am married to Gilberto Pereira Brito. I am a U.S. citizen, born in Stoughton, MA in ▇▇▇▇▇▇▇

2. Gilberto's been in the U.S. since 2005. We got married October 20, 2013 but were a couple for several years before then. We live together at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ We've lived together over 10 years and have three children, age 10, 4, and about 8 months.

3. We met in about April or May 2007, and became a couple July 2007. We've been together ever since. He's never left the U.S. in the time that I've known him, he's been living here in the U.S. all this time. To my knowledge, he's never been in trouble with the police, either.

4. Our three children are ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇

5. My husband is the breadwinner for the family, working in construction and painting.

6. I do not work. I'm a stay at home mom. I collect SSDI benefits and have for about 2 years. I have post-traumatic stress disorder (PTSD) and panic disorder with depression, and complications from gastric bypass, which makes me weak and sick constantly, so I can't hold a full-time job.

7. Right now, while my husband is in custody, I'm meeting with my therapist twice a week, once in person and once later in the week by phone. She comes to my house to treat me. Her name is Kathryn Wells, she's with South Bay Community Resources. She's been my therapist for 8 or 9 years.

8. Prior to my husband being taken into custody, I was seeing her biweekly, that's every two weeks. I need her assistance so much more because my husband is not with me.

9. I feel lost and alone, and I don't know how I can pay for diapers for the baby if my husband isn't

25

released. I can't pay rent on my disability – that's $1150/mo, and I get hundreds less than that in SSDI benefits. The math simply doesn't work without Gilberto. I need him to come home right away.

10. Every other Friday there's a morning mingle at my 4-year-old daughter's school, and Gilberto is usually the only man there, which I find pretty funny, but also kind of sad, dads want to be with their kids but the expectation is that only moms will go. The mingles are to get families to know each other. He also recently signed up for Daddy and Me classes for our 4-year old daughter, but he can't go while he's in detention, so he's missing the classes right now.

11. Our children are really upset, their lives have been completely disrupted. I've been too depressed to go out and do anything since Gilberto was detained, so there's no more mingles or anything other than just going to school. I'm able to get the kids to school and feed them, but I feel like I'm holding on by my fingernails. I need my husband.

12. Gilberto's been a rock, because of him, I was able to get off my medications. I've been taking one medication or another practically my whole life, and I've been able to transition off with his help and support. I need his help to keep it that way.

13. Gilberto's a family man, and we are a tight-knit family. It's like there's a hole in the family with him gone. Even our landlord is asking after him, and not just because rent is due next week.

14. Since Gilberto was detained, I have been overwhelmed with people messaging me on Facebook, text messaging, calling me, to find out what's going on, is he OK, when is he coming home to us. I must have gotten 300 messages of one kind or another since he's been detained. He's valued by his friends, and of course missed desperately by his family.

Signed under pains and penalties of perjury, on the 28th day of March, 2019.

Darcy Pereira Brito

26

# Exhibit J

CRIMINAL DOCKET

9707CR002231 | 4 | BMCDepartment

| DEFENDANT NAME AND ADDRESS | DOB | GENDER | COURT NAME & ADDRESS |
|---|---|---|---|
| Gilberto A Laurenco<br>98 B W Water St<br>Rockland, MA 02370 | ▓▓▓ | Male | BMC Dorchester<br>510 Washington Street<br>Dorchester, MA 02124 |

DATE COMPLAINT ISSUED: 04/09/2007

PRECOMPLAINT ARREST DATE: 04/07/2007

FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 88/4 | KEEP RIGHT ON HILL/OBSTRUCTED VIEW, FL + etc | 04/07/2007 |
| 2 | 90/10/A | UNLICENSED OPERATION OF MV c90 §10 | 04/07/2007 |
| 3 | 90/24/J | OUI-LIQUOR OR .08% c90 §24(1)(e)(1) | 04/07/2007 |
| 4 | 94C/34/G | DRUG, POSSESS CLASS D c94C §34 | 04/07/2007 |

I HEREBY CERTIFY THAT THIS IS A TRUE COPY, GIVEN UNDER MY HAND AND SEAL THIS 24 DAY OF May 2019

CLERK-MAGISTRATE ASSISTANT CLERK

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
|---|---|---|
| Atty L Gifford | Boston | BP South Boston |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| 9-10-07 | ☐ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy | 11/27/07 See Counsel | Counsel Fee (211D § 2A(2)) 150 /15 hrs ☐ WAIVED |
| | Terms of release set: ☐ PR ☐ Bail<br>☐ See Docket for special condition<br>☐ Held (276 §58A) | | Counsel Contribution (211D § 2) ☐ WAIVED |
| | | | Default Warrant Fee (276 § 30½) ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ½) ☐ WAIVED |
| 9-10-07 | Arraigned and advised: ☑ Potential of bail revocation (276 §58)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10) | | Probation Supervision Fee (276 § 87A) ☐ WAIVED |
| | | | Bail Order Forfeited |
| | Advised of right to jury trial ☐ Waiver of jury found after colloquy<br>☐ Does not waive | | |
| | Advised of trial rights as pro se (Dist. Ct. Supp.R.4) | | |
| | Advised of right to appeal to Appeals Ct. (M.R. Crim P.R. 28) | | |

SCHEDULING HISTORY

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 04/09/2007 | Arraignment | ☐ Held ☐ Cont'd 4/9/07 DF warrant | | |
| 2 | 11-27-07 | PTH | ☐ Held ☑ Cont'd 01/02/08 — PTH | McConnell | 10th 1228 |
| 3 | | | ☐ Held ☑ Cont'd 4/02/08 JT/motion suppress | | |
| 4 | 4-2-08 | d-1V | ☐ Held ☑ Cont'd 7-17-08 JT | 2bem | |
| 5 | | | ☐ Held ☑ Cont'd 8/25/08 JT/Status | | |
| 6 | 8-25-08 | JT | ☐ Held ☑ Cont'd 7-24-09 Req | Miller | 5m 1031-MBA |
| 7 | 5-7-19 | motion | ☐ Held ☑ Cont'd 5-22-19 PSH | Brem | 1st 10:53 |
| 8 | | | ☐ Held ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Cont'd | | |

APPROVED ABBREVIATIONS

ARR = Arraignment   PTH = Pretrial hearing   DCM = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SR = Status review   SRP = Status review of probation   PAT = First appearance in jury session   SEN = Sentencing   CWF = Continued-without-finding scheduled to terminate   PRO = Probation scheduled to terminate   DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant of default warrant recalled   PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|
| | X | | |

Date/Time Printed: 05-05-2007 (9:10):04

Version 2.0 - 11/05

## COUNT / OFFENSE
**1   KEEP RIGHT ON HILL/OBSTRUCTED VIEW, FL * c89 §4**

DISPOSITION DATE AND JUDGE: 8-25-08   Milby. J

### DISPOSITION METHOD
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth   ☐ Request of Victim
  - ☐ Request of Defendant   ☐ Failure to prosecute
  - ☐ Other:
- ☒ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI $60 FEE | OUI VICTIM ASMT |
| --- | --- | --- | --- | --- |
| HEAD INJURY ASMT | RESTITUTION | VW ASSESSMENT | BATTERER'S FEE | OTHER |

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI   ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

FINAL DISPOSITION
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

FINDING
- ☐ Guilty    ☒ Not Guilty
- ☐ Responsible   ☑ Not Responsible
- ☐ Probable Cause   ☐ No Probable Cause

JUDGE ____  DATE ____

---

## COUNT / OFFENSE
**2   UNLICENSED OPERATION OF MV c90 §10**

DISPOSITION DATE AND JUDGE: 8-25-08   Milby. J

### DISPOSITION METHOD
- ☑ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth   ☐ Request of Victim
  - ☐ Request of Defendant   ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI $3⁴D FEE | OUI VICTIMS ASMT |
| --- | --- | --- | --- | --- |
| HEAD INJURY ASMT | RESTITUTION | VW ASSESSMENT | BATTERER'S FEE | OTHER |

SENTENCE OR OTHER DISPOSITION
- ☑ Sufficient facts found but continued without a finding until: **11 mos  7-24-09 conc w/ ct. 3**
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI   ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:   2983G000004 /SD-12 HEAD IN. 3   150.0
- ☐ To be dismissed if court costs / restitution paid by:

FINAL DISPOSITION
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

JUDGE ____  DATE ____

FINDING
- ☐ Guilty    ☐ Not Guilty
- ☐ Responsible   ☐ Not Responsible
- ☐ Probable Cause   ☐ No Probable Cause

---

## COUNT / OFFENSE
**3   OUI-LIQUOR OR .08% c90 §24(1)(a)(1)**

DISPOSITION DATE AND JUDGE: 8-25-08   Milby. T

### DISPOSITION METHOD
- ☑ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☑ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth   ☐ Request of Victim
  - ☐ Request of Defendant   ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI $3⁴D FEE | OUI VICTIMS ASMT |
| --- | --- | --- | --- | --- |
| (cont'd over) | | $250 | $250 | $50 |
| HEAD INJURY ASMT $250 | RESTITUTION | VW ASSESSMENT $50 | BATTERER'S FEE | OTHER |

SENTENCE OR OTHER DISPOSITION
- ☑ Sufficient facts found but continued without a finding until: **11 mos  7-24-09  24D  ASAP Program  disp**
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI   ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:   4198500012
- ☐ To be dismissed if court costs / restitution paid by:   Deportation Warning Given

FINAL DISPOSITION
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

JUDGE ____  DATE ____

FINDING
- ☐ Guilty    ☐ Not Guilty
- ☒ Responsible   ☐ Not Responsible
- ☐ Probable Cause   ☐ No Probable Cause

---

*I HEREBY CERTIFY THAT THIS IS A TRUE COPY. GIVEN UNDER MY HAND AND SEAL THIS 25 DAY OF ___ 2019. ___ MAGISTRATE ASSISTANT CLERK*

## CRIMINAL DOCKET - OFFENSES

DEFENDANT NAME: **Gilberto A Lourenco**

0787CR002211

**COUNT / OFFENSE**

4  DRUG, POSSESS CLASS D c94C §34

DISPOSITION DATE AND JUDGE: 8-25-08  Miller. J

### DISPOSITION METHOD
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☑ Bench Trial
- ☐ Jury Trial
- ☑ Dismissed upon:
  - ☐ Request of Commonwealth ☐ Request of Victim
  - ☐ Request of Defendant ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

### FINDING
- ☐ Guilty ☐ Not Guilty
- ☐ Responsible ☐ Not Responsible
- ☐ Probable Cause ☐ No Probable Cause

| PREASSESSMENT | SURFINE | COSTS | OUI $940 FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | VW ASSESSMENT | BATTERER'S FEE | OTHER |

### SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

### FINAL DISPOSITION
- ☑ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated; defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

JUDGE          DATE

*(Remaining two count/offense sections are blank forms. A diagonal stamp reads:)* "I HEREBY CERTIFY THAT THIS IS A TRUE COPY GIVEN UNDER MY HAND AND SEAL ... ASSISTANT CLERK"

9

| CRIMINAL **DOCKET** DOCKET ENTRIES | DEFENDANT NAME Gilberto A Lourenco | I HEREBY CERTIFY THAT COPY; GIVEN UNDER MY HAND AND SEAL THIS 26TH DAY OF MAY 2019 [signature] ASSISTANT CLERK | DOCKET NUMBER 0707CR082231 THIS IS A TRUE |
|---|---|---|---|
| DATE | | DOCKET ENTRIES | |
| APR 09 2007 | WARRANT ISSUED | | |
| 9/10/07 | WARRANT RECALLED | Adv @ req. of probation | oc |
| 9-10-07 | 3RD (2.16) Atty Gifford V.C | DO NOT OPERATE MV Until Prop. Lic Portugese Interp. 11-27-07 | |
| 9.10.19 | Interp. ordered @M & tphd | | JY |
| 11/27/07 | Atty Drysdale appt. Case cont. further PTH 01/07/08 Judge McCorville Portugese Speaking Int needed | | |
| 1-07-08 | Interp. Req. M | | |
| 1/7/08 | Portuese Int. needed on 4/02/08 for J. Trial | | |
| 4-2-08 | DF where to iss - Atty Drysdale indicates to ct that Δ may be ill. 2 PO present (troopers) | | |
| 4 2 08 | SFW Issued | | |
| 4/8/08 | WARRANT RECALLED | Adv @ req of prob | oc |
| 4 8 08 | 11-73 | | |
| 7-17-08 18:20 | THIS CASE MUST BE CONTINUED FOR THE SECOND TIME ON A JURY TRIAL DATE BECAUSE THE COURT DID NOT REQUEST AN INTERPRETER 9/25/08 | | |

(10

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | 7-22-08 | INTERPRETER REQUESTED *Ret: 8-25-08.* JP/ |
| | 82508 | Last drink @ private home   Miller PO |
| | 8-27-08 | ABSTRACT SENT TO REGISTRY JP/ |
| | 5-14-09 | Advised of the request by PD Guerrier and continued for PMH 5-27-09/ Guzman |
| | MAY 27 2009 | Desmond J   Issue V. Op War. |
| | 5/27/11 | W/W/M/ B/W/ eff. |
| | 5 7 19 | APPEARANCE OF ME. CONRON THOMAS FILED MOTION TO REM. OF- D IN ICE CUSTODY AND DEPORTATION WARNING HAS BEEN LIFTED AND D NEEDS TO CLEAR WARRANT- BW AND SPEEDY TRIAL ELLs |
| | 5/7/19 | Habeas to issue for D at the Plymouth County H.C. Via ICE Please follow the habeas protocol as it appears on the yellow lined paper in folder (Brien)   Bring D in on 5/22/19 (Brien) for PSA   Don't recall the warrant until D comes in on 5/22/19 |
| | 5-7-19 | Habe issued to Plymouth Cty H of C. ICE Unit, ret. 5-22-19. eo |
| | 5/21/19 | Fax na habeas to Plymouth County HofC under name PEREIRA-BRITO, Gilberto AKA LOURENCO, Gilberto ret 5/22/19 na   Also send ICE approval |
| | 5-21-19 | Habe issued to Plymoth HoC ret 5-22-19 se |
| | 5/22/19 | 1st session start 1023 |

41

ACRO Morrison Atty Thomas After
preliminary surrender hearing probable
cause found Δ waives 7 days notice
cause found violation of Probation cwof
revoked case dismissed          Kaplanes/Ih
All fees waived

5/22/19 | Waived fees

12

# Exhibit K

| CRIMINAL DOCKET | DOCKET NUMBER | NO. OF COUNTS | Trial Court of Massachusetts |
| | 0958CR000932 | 1 | District Court Department |

| DEFENDANT NAME AND ADDRESS | DOB | GENDER | COURT NAME & ADDRESS |
| Gilberto A Lourenco | | Male | Hingham District Court |
| 296 Martha St | DATE COMPLAINT ISSUED | | 28 George Washington Boulevard |
| Rockland, MA 02370 | 05/07/2009 | | Hingham, MA 02043 |
| | PRECOMPLAINT ARREST DATE | | INTERPRETER REQUIRED |
| | 05/07/2009 | | Portuguese |

**FIRST FIVE OFFENSE COUNTS**

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 90/23/D | LICENSE SUSPENDED, OP MV WITH c90 §23 | 05/07/2009 |

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
| | Hanover | Hanover PD |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| | ☐ Attorney appointed (SJC R. 3:10) <br> ☐ Atty denied & Deft. Advised per 211 D §2A <br> ☐ Waiver of Counsel found after colloquy | | Counsel Fee (211D § 2A)(2) $ ☐ WAIVED |
| | | | Counsel Contribution (211D § 2) $ ☐ WAIVED |
| MAY - 7 2009 <br> Hurley | Terms of release set: ☑ PR ☐ Bail <br> ☐ See Docket for special condition <br> ☐ Held (276 §58A) | | Default Warrant Fee (276 § 30(1) $ ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ½) $ ☐ WAIVED |
| | Arraigned and advised: ☐ Potential of bail revocation (276 §58) <br> ☐ Right to bail to review (276 §58) <br> ☐ Right to drug exam (111E § 10) | | Probation Supervision Fee (276 § 87A) ☐ WAIVED |
| | | | Bail Order Forfeited |
| | Advised of right to jury trial ☐ Waiver of jury found after colloquy <br> ☐ Does not waive | | |
| | Advised of trial rights as pro se (Dist. Ct. Supp. R.4) | | |
| | Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) | | |

**SCHEDULING HISTORY**

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/ STOP |
|---|---|---|---|---|---|
| 1 | 05/07/2009 | Arraignment | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 2 | 6-5-09 | P.T. | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | PH | |
| 3 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 4 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 5 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 6 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**

ARR = Arraignment   PTH = Pretrial hearing   DCS = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review   SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continued without finding scheduled to terminate   PRO = Probation scheduled to terminate   DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Warrant default issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK | TOTAL NO. OF PAGES | ON (DATE) |
| X | | 3 | 4/29/19 |

Date/Time Printed: 05-07-2009 14:58:00

0958CR000932

Version 2.0 - 11/08

14

| CRIMINAL **DOCKET - OFFENSES** | DEFENDANT NAME<br>Gilberto A Lourenco | DOCKET NUMBER<br>0958CR000932 |
|---|---|---|

COUNT / OFFENSE | DISPOSITION DATE AND JUDGE

1  LICENSE SUSPENDED, OP MV WITH c90 §23

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning<br>☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Jury Trial

☐ Dismissed upon:

☐ Request of Commonwealth   ☐ Request of Victim

☐ Request of Defendant   ☐ Failure to prosecute

☐ Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

☐ Risk/Need or OUI   ☐ Administrative Supervision

☐ Defendant placed on pretrial probation (276 §87) until:

☐ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

COUNT / OFFENSE | DISPOSITION DATE AND JUDGE

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning<br>☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Jury Trial

☐ Dismissed upon:

☐ Request of Commonwealth   ☐ Request of Victim

☐ Request of Defendant   ☐ Failure to prosecute

☐ Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

☐ Risk/Need or OUI   ☐ Administrative Supervision

☐ Defendant placed on pretrial probation (276 §87) until:

☐ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

COUNT / OFFENSE | DISPOSITION DATE AND JUDGE

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning<br>☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Jury Trial

☐ Dismissed upon:

☐ Request of Commonwealth   ☐ Request of Victim

☐ Request of Defendant   ☐ Failure to prosecute

☐ Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

☐ Risk/Need or OUI   ☐ Administrative Supervision

☐ Defendant placed on pretrial probation (276 §87) until:

☐ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |


0958CR000932

Version 3.0 - 11/08

IS

| CRIMINAL DOCKET | DEFENDANT NAME | DOCKET NUMBER |
|---|---|---|
| DOCKET ENTRIES | Gilberto A Lourenco | 0958CR000932 |

| DATE | DOCKET ENTRIES |
|---|---|
| MAY - 7 2009 | Motion of Probation Violation & Hearing - Filed |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

APPROVED ABBREVIATIONS
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status Review
SVP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

Date/Time Printed: 05-07-2009 14:03:05


0958CR000932

Version 2.0 - 11/04



# Exhibit L

## AFFIDAVIT OF GILBERTO PEREIRA BRITO

I, Gilberto Pereira Brito, being duly sworn, depose and say:

1.  I did not know a default warrant was issued against me by the Dorchester Court in 2009. I followed the Dorchester Court's orders in my case. I went to my alcohol classes. I put the lessons they taught me to work. I changed my behavior so that I don't even keep alcohol in the house and haven't since that time. I also paid whatever fees they told me to. I thought my case was over.

2.  I understand that the default warrant in Dorchester came from getting pulled over and sent to the Hingham Court.

3.  I did not go back to the Hingham Court after I was released because they told me I was done. They said I was "all set". That meant I was done and the case was over.

4.  I did not receive the notice of violation of my probation telling me to appear in Dorchester. It was sent to the wrong address, 92B Water Street, Rockland, MA 02370. My address at the time was 92B W. Water Street. I did not receive this notice. If I had, I would have gone to court.

5.  At all times, I have believed my case in Hingham was over, and my case in Dorchester was over, and that I had no criminal record because my cases were dismissed.

6.  If I had known earlier that either case was somehow incomplete or that a default warrant had been issued against me, I would have hired a criminal lawyer then to represent me.

7.  Now that I do know, that is exactly what I have done. My criminal lawyer is Lauren Thomas, Esq.

8.  She tells me both cases will be dismissed, but the Hingham case won't be heard until June.

9.  I am a law-abiding person. I complied with everything the courts told me to do, if only I had gotten the notice of hearing sent to the wrong address, I would have complied with its instructions and gone to court 10 years ago as instructed.

17

Signed under pains and penalties of perjury,

X

_Gilberto Pereira Brito_
Gilberto Pereira Brito

Date: _05-15-2019_

18

Exhibit M

## O THE ABOVE-NAMED PROBATIONER:

YOU ARE HEREBY NOTIFIED of the following alleged violation(s) of the probation order that was issued to you in the criminal case identified above:

☒ You violated a criminal law of the commonwealth, namely: New arrest- 0958CR 0932
Op after Sus Lic

☐ You failed to attend or successfully complete a required program, specifically:

☐ You failed a required drug test, specifically:

☐ You failed to make a required payment, specifically:

☐ You failed to report as required by your probation specifically:

☐ Other:

*I HEREBY CERTIFY THAT THIS IS A TRUE COPY, GIVEN UNDER MY HAND AND SEAL THIS 25th DAY OF MAY 20 19*
*CLERK-MAGISTRATE*
*ASSISTANT CLERK*

## YOU ARE HEREBY ORDERED as follows:

☒ YOU MUST APPEAR in THIS COURT on 5/22/09 (Date) at 9:00 a.m. (Time), for a hearing on the allegation(s) listed above.

You are entitled to have a lawyer to represent you at the hearing, and one will be appointed if you cannot afford to hire one. Evidence will be presented against you at the hearing and you will be able to present your own evidence. Speak with your attorney before the hearing to prepare. If you fail to appear, you may be subject to arrest with or without a warrant. If the probation violation(s) alleged above is (are) proved, your probation may be modified or revoked.

☐ YOU MUST APPEAR in the _____ COURT

at _____ on _____
(Address)                              (Date)

at _____ for the appointment of counsel, if necessary, and the scheduling of
(Time)

a hearing on the alleged probation violation(s) listed above. If you fail to appear, you may be subject to arrest with or without a warrant.

A copy of this Notice has this day been ☐ SERVED IN HAND ON     ☒ MAILED FIRST CLASS TO THE
ADDRESS OF RECORD OF the probationer named above.

5/14/09
Date

_Pascale M. Guessica_
Signature of Issuing Probation Officer

Gilberto Lawrence
928 Water Street
Rockland, Ma 02370)

PROBATION

AC CR 105

13

Exhibit N

U.S. Citizenship and Immigration Services

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number SRC1790545420 | | Case Type 1130 - PETITION FOR ALIEN RELATIVE |
|---|---|---|
| Received Date 06/12/2017 | Priority Date 06/12/2017 | Petitioner PEREIRA BRITO, DARCY LYNNE |
| Notice Date 02/17/2018 | Page 1 of 1 | Beneficiary PEREIRA BRITO, GILBERTO |

DARCY LYNNE PEREIRA BRITO
c/o SIDRA VITALE
LAW OFFICE OF SIDRA VITALE
PO BOX 692148
QUINCY MA 02269

**Notice Type:** Approval Notice
**Section:** Husband or wife of U.S. Citizen,
201(b) INA

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 30 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include in the body of the e-mail your name and date of birth, and the Applicant's (beneficiary's) name and date of birth.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488
Customer Service Telephone: 800-375-5283



5

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  07/11/14 Y

Exhibit O

# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE OF IMMIGRATION REVIEW
### IMMIGRATION COURT
### BOSTON, MASSACHUSETTS

IN THE MATTER OF                    )
                                    )
PEREIRA BRITO, Gilberto             )
Respondent                          )          ████████████
                                    )          IN REMOVAL PROCEEDINGS

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of Counsel's Motion to Reopen In Absentia Order of Removal Due to Defective Notice, it is hereby ordered that the motion be
[✓] GRANTED [_] DENIED because:

[_] DHS does not oppose the motion.
[_] The respondent does not oppose the motion.
[_] A response to the motion has not been filed with the court.
[_] Good cause has been established for the motion.
[_] The court agrees with the reasons stated in the opposition to the motion.
[_] The motion is untimely per _____.
[✓] Other:   Apparent lack of notice.

Deadlines:

[_] The application(s) for relief must be filed by _____
[_] The respondent must comply with DHS biometrics instructions by _____

3/18/19
DATE

_m. B. Sullivan_
Immigration Judge

## CERTIFICATE OF SERVICE

This document was served by: [_] Mail [_] Personal Service
To: [_] Alien [_] Alien c/o Custodial Officer [✓] Alien's Atty/Rep [✓] DHS
Date: ___3/4/19___   By: Court Staff  WO

3

Exhibit P

OMB#II25-0001

**U.S. Department of Justice**
Executive Office for Immigration Review

**Application for Cancellation of Removal and Adjustment of Status for Certain Nonpermanent Residents**

---

**PLEASE READ ADVICE AND INSTRUCTIONS BEFORE FILLING IN FORM**

**PLEASE TYPE OR PRINT**

Fee Stamp (Official Use Only)

---

## PART 1 - INFORMATION ABOUT YOURSELF

| | |
|---|---|
| 1) My present true name is: *(Last, First, Middle)*<br>PEREIRA BRITO, Gilberto | 2) Alien Registration (or "A") Number(s): |
| 3) My name given at birth was: *(Last, First, Middle)*<br>PEREIRA BRITO, Gilberto | 4) Birth Place: *(City and Country)*<br>IPATINGA, MINAS GERAIS, BRAZIL |

| 5) Date of Birth: *(Month, Day, Year)* | 6) Gender:<br>☑ Male   ☐ Female | 7) Height:<br>5'11" | 8) Hair Color:<br>BLACK | 9) Eye Color:<br>BROWN |
|---|---|---|---|---|

| 10) Current Nationality and Citizenship:<br>BRAZIL | 11) Social Security Number: | 12) Home Phone Number: | 13) Work Phone Number:<br>(   ) |
|---|---|---|---|

| 14) I currently reside at:<br>ICE DETENTION PLYMOUTH COUNTY CORRECTIONAL<br>*Apt. number and/or In care of*<br>26 LONG POND ROAD<br>*Number and Street*<br>PLYMOUTH          MA     02360<br>*City or Town*          *State*   *Zip Code* | 15) I have been known by these additional name(s): |
|---|---|

16) I have resided in the following locations in the United States: (List PRESENT ADDRESS FIRST, and work back in time for at least 10 years.)

| Street and Number - Apt. or Room # - City or Town - State - Zip Code | Resided From:<br>*(Month, Day, Year)* | Resided To:<br>*(Month, Day, Year)* |
|---|---|---|
| ICE DETENTION | 03/03/2019 | PRESENT |

---

## PART 2 - INFORMATION ABOUT THIS APPLICATION

17) I, the undersigned, hereby request that my removal be cancelled under the provisions of section 240A(b) of the Immigration and Nationality Act (INA). I believe that I am eligible for cancellation of removal because: (Check all that apply.)

☑ My removal would result in exceptional and extremely unusual hardship to my:

| | UNITED STATES CITIZEN | LAWFUL PERMANENT RESIDENT | TEMPORARY STATUS | NO STATUS |
|---|---|---|---|---|
| ☑ spouse, who is a | ✓ | — | — | — |
| ☐ father, who is a | — | — | — | — |
| ☐ mother, who is a | — | — | — | — |
| ☑ child/children, who is/are a | ✓ | — | — | — |

With the exception of absences described in question #23, I have resided in the United States since:

*(Month, Day, Year)* 04/13/2005

☐ I, or my child, have been battered or subjected to extreme cruelty by a United States citizen or lawful permanent resident spouse or parent.

With the exception of absences described in question #23, I have resided in the United States since:

*(Month, Day, Year)* _____

---

*Please continue answers on a separate sheet as needed.*

(1)

Form EOIR-42B
Revised July 2016

## PART 3 - INFORMATION ABOUT YOUR PRESENCE IN THE UNITED STATES

18) I first arrived in the United States under the name of: *(Last, First, Middle)*

PEREIRA BRITO, Gilberto

19) I first arrived in the United States on: *(Month, Day, Year)*

04/13/2005

20) Place or port of first arrival: *(Place or Port, City, and State)*

RIO GRANDE CITY, TEXAS

21) I: ☐ was inspected and admitted.

☐ I entered using my Lawful Permanent Resident card which is valid until _____ *(Month, Day, Year)*

☐ I entered using a _____ *(Specify Type of Visa)* visa which is valid until _____ *(Month, Day, Year)*

☑ was not inspected and admitted. *(Specify Type of Visa)*

☑ I entered without documents. Explain: EWI _____

☑ I entered without inspection. Explain: EWI _____

☐ Other. Explain: _____

22) I applied on _____ *(Month, Day, Year)* for additional time to stay and it was ☐ granted on _____ *(Month, Day, Year)*

and valid until _____ *(Month, Day, Year)*, or ☐ denied on _____ *(Month, Day, Year)*

23) Since the date of my first entry, I departed from and returned to the United States at the following places and on the following dates:
*(Please list all departures regardless of how briefly you were absent from the United States.)*
**If you have never departed from the United States since your original date of entry, please mark an X in this box:** ☒

| | Port of Departure *(Place or Port, City and State)* | Departure Date *(Month, Day, Year)* | Purpose of Travel | Destination |
|---|---|---|---|---|
| 1 | Port of Return *(Place or Port, City and State)* | Return Date *(Month, Day, Year)* | Manner of Return | Inspected and Admitted? ☐ Yes ☐ No |
| 2 | Port of Departure *(Place or Port, City and State)* | Departure Date *(Month, Day, Year)* | Purpose of Travel | Destination |
| | Port of Return *(Place or Port, City and State)* | Return Date *(Month, Day, Year)* | Manner of Return | Inspected and Admitted? ☐ Yes ☐ No |

24) Have you ever departed the United States:   a) under an order of deportation, exclusion, or removal?.................... ☐ Yes ☐ No

b) pursuant to a grant of voluntary departure?........................ ☐ Yes ☐ No

## PART 4 - INFORMATION ABOUT YOUR MARITAL STATUS AND SPOUSE *(Continued on page 3)*

25) I am not married: ☐
I am married: ☑

26) If married, the name of my spouse is: *(Last, First, Middle)*
PEREIRA BRITO, Darcy

27) My spouse's name before marriage was:
FRANCE

28) The marriage took place in: *(City and Country)*
BROCKTON, MA USA

29) Date of marriage: *(Month, Day, Year)*
10/20/2013

30) My spouse currently resides at:

31) Place and date of birth of my spouse: *(City & Country; Month, Day, Year)*
STOUGHTON, MA USA

32) My spouse is a citizen of: *(Country)*
UNITED STATES

33) If your spouse is other than a native born United States citizen, answer the following:

He/she arrived in the United States at: *(Place or Port, City and State)* _____

He/she arrived in the United States on: *(Month, Day, Year)* _____

His/her alien registration number(s) is: A# _____

He/she was naturalized on: *(Month, Day, Year)* _____ at _____ *(City and State)*

34) My spouse ☐ - is ☑ - is not employed.  If employed, please give salary and the name and address of the place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| | $ |
| | $ |
| | $ |

*Please continue answers on a separate sheet as needed.*

(2)

Form EOIR-42B
Revised July 2016

## PART 4 - INFORMATION ABOUT YOUR MARITAL STATUS AND SPOUSE *(Continued)*

35) I ☑ - have ☐ - have not been previously married: *(If previously married, list the name of each prior spouse, the dates on which each marriage began and ended, (the place where the marriage terminated, and describe how each marriage ended.)*

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| ▉▉▉▉▉ | 01/15/2000 06/27/2008 | | DIVORCE |

36) My present spouse ☐ - has ☑ - has not been previously married: *(If previously married, list the names of each prior spouse, the dates on which each marriage began and ended, the place where the marriage terminated, and describe how each marriage ended.)*

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| | | | |

37) Have you been ordered by any court, or are otherwise under any legal obligation, to provide child support and/or spousal maintenance as a result of a separation and/or divorce?   ☐ Yes ☑ No

## PART 5 - INFORMATION ABOUT YOUR EMPLOYMENT AND FINANCIAL STATUS

38) Since my arrival into the United States, I have been employed by the following named persons or firms: *(Please begin with present employment and work back in time. Any periods of unemployment or school attendance should be specified. Attach a separate sheet for additional entries if necessary.)*

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* | Type of Work Performed | Employed From: *(Month, Day, Year)* | Employed To: *(Month, Day, Year)* |
|---|---|---|---|---|
| SELF-EMPLOYED | $ | | | PRESENT |
| | $ | | | |
| | $ | | | |

39) If self-employed, describe the nature of the business, the name of the business, its address, and net income derived therefrom:

40) My assets (and if married, my spouse's assets) in the United States and other countries, not including clothing and household necessities, are:

**Self**
Cash, Stocks, and Bonds........................... $ _____
Real Estate............................................. $ _____
Auto (dollar value minus amount owed)........ $ _____
Other (describe on line below)..................... $ _____
_____ TOTAL $ _____

**Jointly Owned With Spouse**
Cash, Stocks, and Bonds........................... _____
Real Estate............................................. _____
Auto (dollar value minus amount owed)........ _____
Other (describe on line below)..................... _____
_____ TOTAL _____

41) I ☐ - have ☑ - have not received public or private relief or assistance (e.g., Welfare, Unemployment Benefits, Medicaid, TANF, AFDC, etc.). If you have, please give full details including the type of relief or assistance received, date for which relief or assistance was received, place, and total amount received during this time:

42) Please list each of the years in which you have filed an income tax return with the Internal Revenue Service:

Form EOIR-42B
Revised July 2016

## PART 6 - INFORMATION ABOUT YOUR FAMILY *(Continued on page 5)*

43) I have __3__ _(Number of)_ children. Please list information for each child below, include assets and earnings information for children over the age of 16 who have separate incomes:

| Name of Child: *(Last, First, Middle)* Child's Alien Registration Number: | Citizen of What Country: Birth Date: *(Month, Day, Year)* | Now Residing At: *(City and Country)* Birth Date: *(City and Country)* | Immigration Status of Child |
|---|---|---|---|
| | | | USC |
| | | | USC |
| | | | USC |

44) If your application is denied, would your spouse and all of your children accompany you to your:

Country of Birth - ☐ Yes ☑ No

Country of Nationality - ☐ Yes ☑ No

Country of Last Residence - ☐ Yes ☑ No

If you answered "No" to any of the responses, please explain:

MY WIFE HAS A SERIOUS MENTAL ILLNESS AND PHYSICAL DISORDERS FOR WHICH SHE REQUIRES LONG-TERM TREATMENT HERE IN THE U.S.

45) Members of my family, including my spouse and/or child(ren) ☐ - have ☑ - have not received public or private relief or assistance (e.g., Welfare, Unemployment Benefits, Medicaid, TANF, AFDC, etc.). If any member of your immediate family has received such relief or assistance, please give full details including identity of person(s) receiving relief or assistance, dates for which relief or assistance was received, place, and total amount received during this time:

46) Please give the requested information about your parents, brothers, sisters, aunts, uncles, and grandparents, living or deceased. As to residence, show street address, city, and state, if in the United States; otherwise show only country:

| Name: *(Last, First, Middle)* Alien Registration Number: | Citizen of What Country: Birth Date: *(Month, Day, Year)* | Relationship to Me: Birth Date: *(City and Country)* | Immigration Status of Listed Relative |
|---|---|---|---|
| A#: | BRAZIL | FATHER BRAZIL | UNK |
| Complete Address of Current Residence, if Living: UNK | | | |
| A#: | BRAZIL | MOTHER BRAZIL | DECEASED |
| Complete Address of Current Residence, if Living: | | | |

Form EOIR-42B
Revised July 2016

9

## PART 6 - INFORMATION ABOUT YOUR FAMILY (Continued)

*IF THIS APPLICATION IS BASED ON HARDSHIP TO A PARENT OR PARENTS, QUESTIONS 47-50 MUST BE ANSWERED.*

47) If your parent is not a citizen of the United States, give the date and place of arrival in the United States including full details as to the date, manner, and terms of admission into the United States: _____

_____

_____

48) My father ☐ - is ☐ - is not employed.  If employed, please give salary and the name and address of the place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
|  | $ |

49) My mother ☐ - is ☐ - is not employed.  If employed, please give salary and the name and address of place(s) of employment.

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
|  | $ |

50) My parent's assets in the United States and other countries not including clothing and household necessities are:

**Assets of father consist of the following:**

Cash, Stocks, and Bonds................................ $ _____

Real Estate.................................................... $ _____

Auto (dollar value minus amount owed) ...... $ _____

Other (describe on line below)...................... $ _____

_____ TOTAL $ _____

**Assets of mother consist of the following:**

Cash, Stocks, and Bonds................................ $ _____

Real Estate.................................................... $ _____

Auto (dollar value minus amount owed) ........ $ _____

Other (describe on line below)...................... $ _____

_____ TOTAL $ _____

## PART 7 - MISCELLANEOUS INFORMATION (Continued on page 6)

51) I ☐ - have ☑ - have not entered the United States as a crewman after June 30, 1964.

52) I ☐ - have ☑ - have not been admitted as, or after arrival in the United States acquired the status of, an exchange alien.

53) I ☑ - have ☐ - have not submitted address reports as required by section 265 of the Immigration and Nationality Act.

54) I ☐ - have ☑ - have never (either in the United States or in any foreign country) been arrested, summoned into court as a defendant, convicted, fined, imprisoned, placed on probation, or forfeited collateral for an act involving a felony, misdemeanor, or breach of any public law or ordinance (including, but not limited to, traffic violations or driving incidents involving alcohol).  *(If answer is in the affirmative, please give a brief description of each offense including the name and location of the offense, date of conviction, any penalty imposed, any sentence imposed, and the time actually served. You are required to submit documentation of any such occurances.)*

_____

_____

_____

_____

55) Have you ever served in the Armed Forces of the United States? ☐ Yes ☑ No.  If "Yes" please state branch *(Army, Navy, etc.)* and service number: _____

Place of entry on duty: *(City and State)* _____

Date of entry on duty: *(Month, Day, Year)* _____  Date of discharge: *(Month, Day, Year)* _____

Type of discharge: *(Honorable, Dishonorable, etc.)* _____

I served in active duty status from: *(Month, Day, Year)* _____  to   *(Month, Day, Year)* _____

56) Have you ever left the United States or the jurisdiction of the district where you registered for the draft to avoid being drafted into the military or naval forces of the United States?

☐ Yes ☑ No

*Please continue answers on a separate sheet as needed.*

(5)

Form EOIR-42B
Revised July 2016

## PART 7 - MISCELLANEOUS INFORMATION (Continued)

57) Have you ever deserted from the military or naval forces of the United States while the United States was at war?   ☐ Yes  ☑ No

58) If male, did you register under the Military Selective Service Act or any applicable previous Selective Service (Draft) Laws?   ☐ Yes  ☑ No
If "Yes," please give date, Selective Service number, local draft board number, and your last draft classification: _____

59) Were you ever exempted from service because of conscientious objection, alienage, or any other reason?   ☐ Yes  ☑ No

60) Please list your present or past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or any other place since your 16th birthday. Include any foreign military service in this part. If none, write "None." Include the name of the organization, location, nature of the organization, and the dates of membership.

| Name of Organization | Location of Organization | Nature of Organization | Member From: (Month, Day, Year) | Member To: (Month, Day, Year) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

61) Have you ever:

☑ Yes  ☐ No  been ordered deported, excluded, or removed?

☐ Yes  ☑ No  overstayed a grant of voluntary departure from an Immigration Judge or the Department of Homeland Security (DHS), formerly the Immigration and Naturalization Service (INS)?

☐ Yes  ☑ No  failed to appear for removal or deportation?

62) Have you ever been:

☐ Yes  ☑ No  a habitual drunkard?

☐ Yes  ☑ No  one whose income is derived principally from illegal gambling?

☐ Yes  ☑ No  one who has given false testimony for the purpose of obtaining immigration benefits?

☐ Yes  ☑ No  one who has engaged in prostitution or unlawful commercialized vice?

☐ Yes  ☑ No  involved in a serious criminal offense and asserted immunity from prosecution?

☐ Yes  ☑ No  a polygamist?

☐ Yes  ☑ No  one who brought in or attempted to bring in another to the United States illegally?

☐ Yes  ☑ No  a trafficker of a controlled substance, or a knowing assister, abettor, conspirator, or colluder with others in any such controlled substance offense (not including a single offense of simple possession of 30 grams or less of marijuana)?

☐ Yes  ☑ No  inadmissible or deportable on security-related grounds under sections 212(a)(3) or 237(a)(4) of the INA?

☐ Yes  ☑ No  one who has ordered, incited, assisted, or otherwise participated in the persecution of an individual on account of his or her race, religion, nationality, membership in a particular social group, or political opinion?

☐ Yes  ☑ No  a person previously granted relief under sections 212(c) or 244(a) of the INA or whose removal has previously been cancelled under section 240A of the INA?

If you answered "Yes" to any of the above questions, explain: PENDING MOTION TO REOPEN IN ABSENTIA REMOVAL BASED ON DEFECTIVE NOTICE. _____

_____

Form EOIR-42B
Revised July 2016

## PART 7 - MISCELLANEOUS INFORMATION *(Continued)*

63) Are you the beneficiary of an approved visa petition? ☑ Yes ☐ No

If yes, can you arrange a trip outside the United States to obtain an immigrant visa? ☑ Yes ☐ No   If no, please explain:

_____

_____

_____

_____

_____

64) The following certificates or other supporting documents are attached hereto as a part of this application: *(Refer to the Instructions for documents which should be attached.)*

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

## PART 8 - SIGNATURE OF PERSON PREPARING FORM, IF OTHER THAN APPLICANT

*(Read the following information and sign below)*

I declare that I have prepared this application at the request of the person named in Part 1, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in a language the applicant speaks fluently for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form EOIR-42B may subject me to civil penalties under 8 U.S.C. §1324c.

| Signature of Preparer: | Print Name: | Date: |
|---|---|---|
| Daytime Telephone #:<br>(    ) | Address of Preparer: *(Number and Street, City, State, Zip Code)* | |

Form EOIR-42B
Revised July 2016

12

## PART 9 - SIGNATURE

## APPLICATION NOT TO BE SIGNED BELOW UNTIL APPLICANT APPEARS BEFORE AN IMMIGRATION JUDGE

I swear or affirm that I know the contents of this application that I am signing, including the attached documents and supplements, and that they are all true to the best of my knowledge, taking into account the correction(s) numbered _____ to _____ , if any, that were made by me or at my request.

_____
(Signature of Applicant or Parent or Guardian)

Subscribed and sworn to before me by the above-named applicant at _____

_____
Immigration Judge

_____
Date (Month, Day, Year)

## PART 10 - PROOF OF SERVICE

I hereby certify that a copy of the foregoing Form EOIR-42B was:  ☐ - delivered in person  ☐ - mailed first class, postage prepaid

on _____ to the Assistant Chief Counsel for the DHS (U.S. Immigration and Customs Enforcement - ICE)
  (Month, Day, Year)

at _____
    (Number and Street, City, State, Zip Code)

_____
Signature of Applicant (or Attorney or Representative)

*Please continue answers on a separate sheet as needed.*
(8)

Form EOIR-42B
Revised July 2016

13

EOIR 42B Continuation page, Part I, Question 16



14

Exhibit Q

# PEDIATRIC ASSOCIATES INC., of BROCKTON

PEDIATRICASSOCIATESOFBROCKTON.COM
(508) 584-1234



Peter D. Rappo, MD

Nancy L. Chapin, MD

Kevin J. Murphy, MD

David S. Chung, MD

Aziza Zaman, MD

Yevgeniya Fabrikant, MD

Yonatan E. Weinberg, MD

Victoria J. Tan, MD

Anshu Kumari, MD

Margaret F. Larrumbide, MD

Mary Ellen Dickinson, PNP

March 12, 2019

To whom it may concern;

Re: Pereira Brito Family

████████████   ████████████   and   ████████████
Pereira Brito are patients mine here at Pediatric Associates Inc of Brockton.
Their father is Gilberto Pereira Brito who lives with them and their mother.  He
is deeply involved with his family and provides emotional and financial support
to the family.  Please allow Mr Pereira Britto to remain in the United States
because without his emotional and financial support his family would suffer
tremendously.

If you have any further questions or concerns, please do not hesitate to call me
at 508 584 1234.

Sincerely,

Nancy L Chapin, M.D.
NLC/isa

370 Oak Street, Ste A
Brockton, MA  02301
Fax # 508 584-0230

291 E. Center Street
West Bridgewater, MA  02379
Fax # 508 584-6934

692 Main Street
Hanson, MA  02341
Fax# 781 294-4357

42



To: Honorable Judge:

Please allow Gilberto Pereira Brito, to stay in the United States,

to take care of his wife, and three children.

Jacqueline A. Wrastefel
Cathy Wrastefel
Cin Rozan
A Broyle
Jane E. Ceeevens
Robert McKee
Irene McDee
Maureen T. Gorgan
Irene White Sardelle
Tamus McKee
Sally McKee
Mark E. Rogni
Christo Reg
Brenda Brooks
Marie A. Lane

43

Exhibit R



1 of 1

3/25/19, 2:25 PM

32

Exhibit S

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA  02203


Law Office of Sidra Vitale
Vitale, Sidra
P.O. Box 692148
Quincy, MA  02269

In the matter of                    File █████████       DATE: May 23, 2019
PEREIRA-BRITO, GILBERTO

    Unable to forward - No address provided.
    Attached is a copy of the decision of the Immigration Judge. This decision
is final unless an appeal is filed with the Board of Immigration Appeals
within 30 calendar days of the date of the mailing of this written decision.
See the enclosed forms and instructions for properly preparing your appeal.
Your notice of appeal, attached documents, and fee or fee waiver request
must be mailed to:      Board of Immigration Appeals
                        Office of the Clerk
                        5107 Leesburg Pike, Suite 2000
                        Falls Church, VA 22041

___ Attached is a copy of the decision of the Immigration judge as the result
of your failure to Appear at your scheduled deportation or removal hearing.
This decision is final unless a Motion to Reopen is filed in accordance
with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
motion must be filed with this court:
                        IMMIGRATION COURT
                        JFK FEDERAL BLDG., ROOM 320
                        BOSTON, MA  02203

___ Attached is a copy of the decision of the immigration judge relating to a
Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
1208.31(g)(1), no administrative appeal is available. However, you may file
a petition for review within 30 days with the appropriate Circuit Court of
Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

    Attached is a copy of the decision of the immigration judge relating to a
Credible Fear Review. This is a final order. No appeal is available.

___ Other: _____

 

                                        _____
                                        COURT CLERK
                                        IMMIGRATION COURT              FF

    cc:

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
BOSTON, MASSACHUSETTS

IN THE MATTER OF:

PEREIRA-BRITO, Gilberto )
)
)                         In Bond Proceedings
)                         DETAINED
Respondent )

| CHARGE: | Section 212(a)(6)(A)(i) of the Immigration and Nationality Act ("INA" or "Act"): Alien who, is present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General. |
| --- | --- |
| APPLICATION: | Motion for Custody Redetermination |

**ON BEHALF OF RESPONDENT**
Sidra Vitale, Esq.
Law Office of Sidra Vitale
P.O. Box 692148
Quincy, MA 02269

**ON BEHALF OF DHS**
Justine Bavaro, Esq.
Assistant Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
15 New Sudbury Street, Room 425
Boston, Massachusetts 02203

## MEMORANDUM CONCERNING THE APRIL 4, 2019, DECISION OF THE IMMIGRATION COURT

This memorandum, submitted pursuant to 8 C.F.R. § 1236.1(d) (2019), explains why the Boston Immigration Court ("Court") denied the Respondent's request for a change in custody status.

### I. PROCEDURAL HISTORY

On May 7, 2005, the Department of Homeland Security ("DHS") initiated removal proceedings against the Respondent, Gilberto Pereira-Brito, through the filing of a Notice to Appear ("NTA") with the Court. Exh. 1. On April 4, 2019, the Court convened for a custody redetermination hearing at the Respondent's request. At the hearing, the Court was unable to find that the Respondent met his burden of proof to show that he does not pose a danger to persons or property. Further, even if he had, he has not demonstrated that the risk of flight present in his case could be ameliorated by posting of bond. Accordingly, the Court denied his request for a change in custody status.

## II.   APPLICABLE LAW

The Court may review the custody status of an alien in removal proceedings, provided that the alien is not subject to mandatory detention pursuant to section 236(c) of the Act. INA § 236(a) (2019).  When reviewing an alien's custody status, the Court may order DHS to (1) continue to detain the alien or (2) release the alien on either a bond of not less than $1,500.00 or conditional parole.  *Id.*  For the Court to order an alien's release, the alien must establish to the satisfaction of the Court that he does not pose a danger to persons or property, is not a threat to national security, and does not pose a flight risk.  *See Matter of Guerra*, 24 I&N Dec. 37, 40 (BIA 2006) (relying on *Matter of Adeniji*, 22 I&N Dec. 1102 (BIA 1999)); *see also* 8 C.F.R. §§ 1003.19(h)(3), 1236.1(c)(8).

The Board of Immigration Appeals ("BIA" or "Board") has consistently held that the following factors are significant in a custody redetermination:

1. Fixed address in the United States. *Matter of Patel*, 15 I&N Dec. 666, 667 (BIA 1979);
2. Length of residence in the United States. *Matter of Shaw*, 17 I&N Dec. 177, 178 (BIA 1979);
3. Family ties in the United States, particularly those which can confer immigration benefits on the alien. *Matter of Shaw*, 17 I&N Dec. at 178; *Matter of Patel*, 15 I&N Dec. at 667;
4. Employment history in the United States, including length and stability.  *Matter of Shaw*, 17 I&N Dec. at 178; *Matter of Patel*, 15 I&N Dec. at 667;
5. Immigration record and eligibility for relief from removal. *Matter of Andrade*, 19 I&N Dec. 488, 491 (BIA 1987); *Matter of Shaw*, 17 I&N Dec. at 178;
6. Attempts to escape from authorities or other flight to avoid prosecution. *Matter of San Martin*, 15 I&N Dec. 167, 169 (BIA 1974);
7. Prior failures to appear for court proceedings. *Matter of Shaw*, 17 I&N Dec. at 178; *Matter of San Martin*, 15 I&N Dec. at 169; and
8. Criminal record, particularly if such record indicates consistent disrespect for the law. *Matter of Andrade*, 19 I&N Dec. at 490-91.

The Court may base a custody or bond determination upon any information that is available or that is presented by the alien or DHS. 8 C.F.R. § 1003.19(d).  It is the responsibility of the Court and parties to ensure that the bond record establishes the nature and substance of the information considered. *Matter of Adeniji*, 22 I&N Dec. at 1115.

## III.   FINDINGS OF FACT AND CONCLUSIONS OF LAW

As the Respondent's removal proceedings are ongoing and as DHS did not allege that he is subject to mandatory detention, the Court has jurisdiction to consider the Respondent's request that he be released from custody. INA § 236(a), (c).  To establish that he should be released, the Respondent must prove to the satisfaction of the Court that he neither poses a danger to the community nor is a risk of flight.  *See Matter of Guerra*, 24 I&N Dec. at 40; *see also* 8 C.F.R. §§

1003.19(h)(3), 1236.1(c)(8). Although the Respondent admitted to his aged criminal history and testified to taking measures to rectify his actions, the Respondent failed to provide the Court with his criminal dockets. As such, the Respondent was unable to demonstrate the exact scope of his criminal activity, or meet his burden to prove that he does not pose a danger to the community. Even assuming that the Respondent was able to meet his burden of proof to show that he does not pose a danger the community.

The Court acknowledged the Respondent has been in the United States for over a decade, has a fixed address, and has existing family ties. *Matter of Shaw*, 17 I&N Dec. at 178; *Matter of Patel*, 15 I&N Dec. at 667. However, the Court is troubled by the Respondent's inability to complete his prior probation sentences. A continuance without a finding was entered against the Respondent for the charge of operating under the influence ("OUI") and he was sentenced to probation. The Respondent did not complete probation and defaulted on his sentence. The Respondent was also charged with possession of marijuana, a charge that was later dismissed, and defaulted on the resulting probation sentence. The Respondent did not provide any explanation as to why he did not complete his probation sentences. Accordingly, the Court found that the Respondent's inability to complete probation and his propensity to commit further violations of criminal law was indicative of his risk of dangerousness to persons and property. As the Supreme Court has noted, driving motor vehicles under the influence of alcohol is a highly dangerous activity. *Begay v. United States*, 533 U.S. 137 (2008).

As to risk of flight, the Respondent has not demonstrated that he has a strong case for eligibility for relief from removal. While he has indicated he intends to seek cancellation of removal, he has not presented any evidence from which this Court could determine that he would be statutorily eligible for such relief, in that he has not established that he has been present in the United States for a 10-year period prior to the date of service of his Notice to Appear and subsequent hearing notice.

Thus, upon consideration of the record, the Court ruled that the Respondent did not meet his burden to demonstrate that he neither poses a danger to the community nor is a risk of flight. *See Matter of Guerra*, 24 I&N Dec. at 38. Accordingly, the Court ordered that there be no change in the Respondent's custody status.

May 21, 2019
Date

GWENDYLAN E. TREGERMAN
United States Immigration Judge

3

# Exhibit T

Sidra Vitale, Esq.
## The Law Office of Sidra Vitale

P.O. Box 692148
Quincy, MA 02269
(857) 540-1818 (telephone)
(857) 241-3095 (facsimile)

**BY OVERNIGHT MAIL**

3 May 2019

Clerk's Office
Board of Immigration Appeals
5107 Leesburg Pike Ste 200
Falls Church, VA 22041

RE:  Gilberto Pereira Brito

Dear Clerk:

I am counsel for the above individual pursuant to the enclosed E-27 Entry of Appearance. Enclosed please find Mr. Pereira Brito's E-26 Notice of Appeal, copy of the decision of the immigration judge, and fee.

Sincerely yours,

Sidra Vitale, Esq.

**U.S. Department of Justice**
**Executive Office for Immigration Review**
*Board of Immigration Appeals*

OMB#1125-0005
**Notice of Entry of** Appearance as Attorney or
Representative Before the Board of Immigration Appeals

---

(Type or Print)
NAME AND ADDRESS OF REPRESENTED PARTY

ALIEN ("A") NUMBER
(Provide A- number of the party represented or the visa beneficiary in this case.)

PEREIRA **BRITO**                          GILBERTO

(First)          (Middle Initial)          (Last)

USCIS Visa Appeal (Provide beneficiary name)

ICE CUSTODY/PCCF 26 LONG ROAD

(Number and Street)                    (Apt. No.)

Fine (Provide fine number)

PLYMOUTH                MA        02360

(City)                (State)        (Zip Code)

Disciplinary case (Provide docket number)

---

**Attorney or Representative (please check one of the following):**

[✓] I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary) and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

Full Name of Court **Mass Supreme Judicial Court**         Bar Number (if applicable) 669675

[ ] I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization:

[ ] I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).
[ ] I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3).
[ ] I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from _____ (country).
[ ] I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

**Attorney or Representative (please check one of the following):**

[✓] I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.
[ ] BOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Board of Immigration Appeals. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNATURE OF ATTORNEY OR REPRESENTATIVE      EOIR ID NUMBER      DATE

X _[signature]_                        OA698818          05/03/2019

---

NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS

Name: Sidra                                                    Vitale

(First)                (Middle Initial)            (Last)

Address: P.O. BOX 692149

(Number and Street)

QUINCY                    MA            02269

(City)                (State)        (Zip Code)

Telephone: 857-540-1818    Facsimile: 857-241-3095    Email: SVITALE@VITALE-LAW.COM

[ ] Check here if new address

Form EOIR - 27
Rev. July 2015

Indicate Type of Appearance:

☑ Primary Attorney/Representative          ☐ Non-Primary Attorney/Representative

I am providing pro bono representation.  Check one:  ☑ yes   ☐ no

## Proof of Service

I (Name) SIDRA VITALE, ESQ. _____ mailed or delivered a copy of this Form EOIR-27 on (Date) 05/04/2019
to the ☑ DHS (U.S. Immigration and Customs Enforcement – ICE) at 15 NEW SUDBURY ST 425, BOSTON, MA 02203
☐ DHS (U.S. Citizenship and Immigration Services – USCIS) at _____
☐ EOIR Disciplinary Counsel at _____

_____
Signature of Person Serving

**APPEARANCES** – An appearance for each represented party shall be filed on a separate Form EOIR-27 by the attorney or representative appearing in each appeal or motion to reopen or motion to reconsider before the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)), even though the attorney or representative may have appeared in the case before the Immigration Judge or the U.S. Citizenship and Immigration Services. If information is omitted from the Form EOIR-27 or it is not properly completed, the appearance may not be recognized and the accompanying filing may be rejected. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions in 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102. Thereafter, substitution or withdrawal may be permitted upon approval by the Board of a request of the attorney or representative of record in accordance with *Matter of Rosales*, 19 I&N Dec. 655 (1988). Please note that appearances for limited purposes are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). Attorneys and Accredited Representatives (with full accreditation) must first update their address in eRegistry before filing a Form EOIR-27 that reflects a new address.

**FREEDOM OF INFORMATION ACT** – This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request With the Executive Office for Immigration Review, available on EOIR's website at http://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** – The information requested on this form is authorized by 8 U.S.C. § 1362 and 8 C.F.R. § 1003.3 in order to enter an appearance to represent a party before the Board of Immigration Appeals. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to represent a party or receive notice of actions in a proceeding. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999).

**CASES BEFORE EOIR** – Automated information about cases before EOIR is available by calling (800) 898-7180 or (240) 314-1500.

**ADDITIONAL INFORMATION:**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

Form EOIR - 27
Rev. July 2015

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

OMB# 1125-0002
**Notice of Appeal from a Decision of an Immigration Judge**

**1.**    List Name(s) and "A" Number(s) of all Respondent(s)/Applicant(s):
Gilberto Pereira Brito, ████████████

*Staple Check or Money Order Here. Include Name(s) and "A" Number(s) on the face of the check or money order.*

For Official Use Only

**!**    **WARNING:** Names and "A" Numbers of everyone appealing the Immigration Judge's decision must be written in item #1. The names and "A" numbers listed will be the only ones considered to be the subjects of the appeal.

**2.**    I am    ☑ the Respondent/Applicant    ☐ DHS-ICE    *(Mark only one box.)*

**3.**    I am    ☑ DETAINED    ☐ NOT DETAINED    *(Mark only one box.)*

**4.**    My last hearing was at    Boston, MA
_____    *(Location, City, State)*

**5.**    What decision are you appealing?

*Mark only one box below. If you want to appeal more than one decision, you must use more than one Notice of Appeal (Form EOIR-26).*

☐ I am filing an appeal from the Immigration Judge's decision *in merits proceedings* (example: removal, deportation, exclusion, asylum, etc.) dated _____

☑ I am filing an appeal from the Immigration Judge's decision *in bond proceedings* dated
04/04/2019 _____ . (For DHS use only: Did DHS invoke the automatic stay provision before the Immigration Court?    ☐ Yes.    ☐ No.)

☐ I am filing an appeal from the Immigration Judge's decision *denying a motion to reopen or a motion to reconsider* dated _____ .

*(Please attach a copy of the Immigration Judge's decision that you are appealing.)*

Form EOIR-26
Revised Oct. 2016

Page 1 of 3

**6.** State in detail the reason(s) for this appeal. Please refer to the General Instructions at Item F for further guidance. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet.

A default warrant issued over 10 years ago, cannot, without more, constitute sufficient evidence of flight risk or danger to the community to warrant denial of bond.

** please see attachment and forthcoming brief **

*(Attach additional sheets if necessary)*

**! WARNING:** You must clearly explain the specific facts and law on which you base your appeal of the Immigration Judge's decision. The Board may summarily dismiss your appeal if it cannot tell from this Notice of Appeal, or any statements attached to this Notice of Appeal, why you are appealing.

**7.** Do you desire oral argument before the Board of Immigration Appeals?  ☐ Yes  ☑ No

**8.** Do you intend to file a separate written brief or statement after filing this Notice of Appeal?  ☑ Yes  ☐ No

**! WARNING:** If you mark "Yes" in item #7, you should also include in your statement above why you believe your case warrants review by a three-member panel. The Board ordinarily will not grant a request for oral argument unless you also file a brief.

If you mark "Yes" in item #8, you will be expected to file a written brief or statement after you receive a briefing schedule from the Board. The Board may summarily dismiss your appeal if you do not file a brief or statement within the time set in the briefing schedule..

**9.**  ☞ SIGN HERE  ➤  X _____   05/03/2019

Signature of Person Appealing   Date
*(or attorney or representative)*

Form EOIR-26
Revised Oct. 2016

Page 2 of 3

**10.**

| |
|---|
| Mailing Address of Respondent(s)/Applicant(s) |
| GILBERTO PEREIRA BRITO |
| (Name) |
| PCCF, 26 LONG POND ROAD |
| (Street Address) |
| |
| (Apartment or Room Number) |
| PLYMOUTH, MA 02360 |
| (City, State, Zip Code) |
| 508-830-6200 |
| (Telephone Number) |

**11.**

| |
|---|
| Mailing Address of Attorney or Representative for the Respondent(s)/Applicant(s) |
| SIDRA VITALE, ESQ. |
| (Name) |
| PO BOX 692148 |
| (Street Address) |
| |
| (Suite or Room Number) |
| QUINCY, MA 02269 |
| (City, State, Zip Code) |
| 857-540-1818 |
| (Telephone Number) |

**NOTE:** You must notify the Board within five (5) working days if you move to a new address or change your telephone number. You must use the Change of Address Form/Board of Immigration Appeals (Form EOIR-33/BIA).

**NOTE:** If an attorney or representative signs this appeal for you, he or she must file *with this appeal*, a Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals (Form EOIR-27).

**12.**

### PROOF OF SERVICE (You Must Complete This)

I _____SIDRA VITALE, ESQ_____ mailed or delivered a copy of this Notice of Appeal
   (Name)

on __05/04/2019__ to __DHS OFFICE OF CHIEF COUNSEL__
   (Date)                              (Opposing Party)

at __JFK FED BLDG, 15 NEW SUDBURY ST RM 425, BOSTON, MA 02203__
   (Number and Street, City, State, Zip Code)

SIGN HERE ➡ X _____
                                    (Signature)

**NOTE:** If you are the Respondent or Applicant, the "Opposing Party" is the Assistant Chief Counsel of DHS - ICE.

**WARNING:** If you do not complete this section properly, your appeal will be rejected or dismissed.

**WARNING:** If you do not attach the fee or a completed Fee Waiver Request (Form EOIR-26A) to this appeal, your appeal may be rejected or dismissed.

### HAVE YOU?

- ☐ Read all of the General Instructions
- ☐ Provided all of the requested information
- ☐ Completed this form in English
- ☐ Provided a certified English translation for all non-English attachments
- ☐ Signed the form

- ☐ Served a copy of this form and all attachments on the opposing party
- ☐ Completed and signed the Proof of Service
- ☐ Attached the required fee or Fee Waiver Request
- ☐ If represented by attorney or representative, attach a completed and signed EOIR-27

**Page 3 of 3**

Form EOIR-26
Revised Oct. 2016

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
BOSTON, MA

FILE: ███████████

IN THE MATTER OF:

PEREIRA-BRITO, GILBERTO

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of
respondent pursuant to 8 CFR 236.1(c), and full consideration
having been given to the representations of the Department of
Homeland Security and the respondent, it is hereby

____X____   ORDERED that the request for a change in custody status be
denied.

_____   ORDERED that the request be granted and that respondent be:

_____   released from custody on his own recognizance

_____   released from custody under bond of $_____

____X____   OTHER _____

Copy of this decision has been served on the respondent and the
Department of Homeland Security.

APPEAL:  waived — reserved        Due May 6,

BOSTON -- BOSTON DETAINED

Date: _____                _____
                                    GWENDYLAN E. TREGERMAN
                                    Immigration Judge

                                                        XS

Gilberto Pereira Brito, ████████████
Continuation page, E-26 Notice of Appeal

*Question 6, Reason(s) for this Appeal:*

> *There is Scant Evidence, Insufficient to Meet Burden to Show Flight Risk*

A default warrant issued over 10 years ago, cannot, without more, constitute sufficient evidence of flight risk or danger to the community to warrant denial of bond. The government should be required to bear the burden of proving that Respondent is a danger or flight risk, and that no condition or combination of conditions would mitigate the dangerousness or risk of flight. *See Pensamiento v. McDonald*, 315 F. Supp. 3d 684, 694 (D. Mass. 2018); *Martinez v. Decker*, C.A. No. 18-6527, 2018 WL 5023946, at *5 (S.D.N.Y. Oct. 17, 2018). The Fifth Amendment's Due Process clause mandates: "[n]o person shall . . . be deprived of life, liberty, or property, without due process of law." U.S. Const. amend. V. Freedom from imprisonment, i.e. government custody, detention, or other forms of physical restraint, "lies at the heart of the liberty [the Due Process] Clause protects." *Zadvydas v. Davis*, 533 U.S. 678, 690 (2001). Therefore, in actions to deprive a person of his or her liberty, "the party who seeks the law's intervention is the party who bears the burden of proof." Mary Holper, *The Best of Burden in Immigration Bond Hearings*, 67 Case W. Res. L. Rev. 75, 112 (2016).

This is especially true in the context of detention pending deportation, where it is the government who seeks to upset the legal status quo and restrain the liberty of a noncitizen, "who otherwise has the right to freely live in this country," as their removability has not been determined. *Id.* at 117. Thus, requiring Respondent to prove he "is <u>not</u> dangerous and <u>not</u> a flight risk at a bond hearing violates the Due Process Clause." *Pensamiento v. McDonald*, 315 F. Supp. 3d 684, 692 (D. Mass. 2018).

In addition, immigration detention hearings are civil proceedings and not considered punitive. *See Harisiades v. Shaughnessy*, 342 U.S. 580, 594 (1952) ("Deportation, however severe its consequences, has been consistently classified as a civil rather than a criminal procedure."). Pursuant

to 8 C.F.R. § 241.4(d)(1), the standard for continued detention in immigration proceedings the same as for pre-trial detention—whether the alien will constitute a danger to the community or is a flight risk. In these hearings, dangerousness or flight risk must be shown by clear and convincing evidence, and the preponderance of the evidence standard is insufficient to comport with Due Process. David Cole, *In Aid of Removal: Due Process Limits on Immigration Detention*, 51 Emory L.J. 1003, 1011-21 (2002) (exploring due process limitations on detention). It is improper to ask "the individual . . . to share equally with society the risk of error when the possible injury to the individual is significantly greater than any possible harm to the state." *Addington v. Texas*, 441 U.S. 418, 427 (1979). The government must "impress the factfinder with the importance of the decision and thereby perhaps reduce the chances that inappropriate commitments will be ordered." *Id.* Therefore, civil detention is forbidden unless the government has proved an adequate basis for detention to a neutral arbiter by clear and convincing evidence. U.S. Const., Amend. IV & V; *Foucha v. Louisiana*, 504 U.S. 71, 80 (1992).

Therefore, Respondent cannot be detained unless the government articulates a statutory basis for detention and then proves by clear and convincing evidence: (1) the predicate facts necessary to trigger the identified statutory basis for detention; (2) that Respondent is a danger to others or a flight risk; and (3) that no condition or combination of conditions will reasonably assure his future appearance and the safety of the community. The burden is theirs because, "[i]n our society liberty is the norm, and detention prior to trial or without trial is the carefully limited exception." *United States v. Salerno*, 481 U.S. 739, 755 (1987).

In this case, default warrant(s) issued over a decade ago are simply insufficient to demonstrate that Respondent is a flight risk today, especially when viewed in conjunction with his deep roots in the community, his role as primary breadwinner for his family, comprised of his disabled U.S. citizen wife, who does not work, and their three U.S. citizen children, ages 10, 4, and under 1 year old, as detailed in the evidence submitted in support of Respondent's bond request.

*Ability to Pay*

Additionally, failure to consider a detainee's financial circumstances could create a significant risk that the individual would be "needlessly deprived of the fundamental right to liberty." *Hernandez v. Sessions*, 872 F.3d 976, 994 (9th Cir. 2017). The Immigration Judge (IJ) Benchbook lists ability to pay as a factor that should be considered in bond hearings, and "according to the government, consideration of financial circumstances is already 'implicitly' required." *Hernandez*, 872 F.3d at 994. The purpose of conditioning release on the posting of a bond is to incentivize detainees to appear in the future, so it is reasonable to consider financial circumstances. *Id.* at 991, 997 (determining it was appropriate to uphold an injunction requiring government to consider financial ability to pay bond). An IJ's failure to consider ability to pay and subsequent imposition of a bond outside of the detainee's reach is essentially a denial of bond. *Abdi v. Nielsen*, 287 F.Supp.3d 327, 338 (W.D.N.Y. 2018). Therefore, IJs should consider ability to pay and alternative conditions of release. *Abdi*, 287 F.Supp.3d at 334, 338.

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE OF IMMIGRATION REVIEW
BOARD OF IMMIGRATION APPEALS
FALLS CHURCH, VIRGINIA

IN THE MATTER OF                              )
                                             )
PEREIRA BRITO, Gilberto                       )
Respondent                                   )        IN REMOVAL PROCEEDINGS

## CERTIFICATE OF SERVICE

I, Sidra Vitale, Esq., certify that I have served a copy of this

      Notice of Appeal and initial supporting documents;

on

DHS, Chief Counsel
JFK Federal Bldg
15 New Sudbury St Rm 425
Boston, MA 02203

by mail delivery, on the 4th day of May, 2019.

Sidra Vitale, Esq.
Law Office of Sidra Vitale
P.O. Box 692148
Quincy, MA 02269
svitale@vitale-law.com
(857) 540-1818
(857) 241-3095 (fax)

Exhibit U

Exhibit Intentionally Excluded

# Exhibit V

### UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE OF IMMIGRATION REVIEW
### IMMIGRATION COURT
### BOSTON, MASSACHUSETTS

IN THE MATTER OF                         )
                                         )
PEREIRA BRITO, Gilberto                  )
Respondent                               )         IN REMOVAL PROCEEDINGS

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of Counsel's Motion for Bond Redetermination, it is hereby ordered that the motion be

[__] GRANTED  [✓] DENIED because:

[__] DHS does not oppose the motion.
[__] The respondent does not oppose the motion.
[__] A response to the motion has not been filed with the court.
[__] Good cause has been established for the motion.
[__] The court agrees with the reasons stated in the opposition to the motion.
[__] The motion is untimely per _____
[✓] Other. The court found the respondent did not overcome his risk of flight due to several defaults the court found significant. The court finds that the respondent's circumstances have not changed materially since the last bond hearing held on 4-4-19  See 8 C.F.R 1003.19(e)

Deadlines:

[__] The application(s) for relief must be filed by _____
[__] The respondent must comply with DHS biometrics instructions by _____

6-10-19
DATE

Gwendylan Tregerman
Immigration Judge
Jennifer Mulcahy

## CERTIFICATE OF SERVICE

This document was served by:  [✓] Mail  [ ] Personal Service
To:  [ ] Alien  [ ] Alien c/o Custodial Officer  [✓] Alien's Atty/Rep  [✓] DHS

Date: ___6/11/19___   By: Court Staff  LD

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 3, 2019, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.


<u> /s/ Susan M. Finegan</u>
Susan M. Finegan