# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GILBERTO PEREIRA BRITO, FLORENTIN AVILA LUCAS, JACKY CELICOURT,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM P. BARR, U.S. Attorney General, et. al,<br><br>Respondents. | C.A. No. 1:19-CV-11314-PBS |

## [PROPOSED] ORDER

This matter comes before the Court on Respondents' *Assented Motion to Extend Respondents' Deadline to Respond to Petitioners' Motion for Summary Judgment and Motion to Modify the Class Definition* (ECF No. ____). Upon consideration of the motion, and the entire record of this case, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED.

    SO ORDERED.

Date: _____

                                                                                     The Honorable Patti B. Saris
                                                                       Chief, United States District Judge
                                                                   United States District Court for the
                                                                           District of Massachusetts