UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GILBERTO PEREIRA BRITO, FLORENTIN AVILA LUCAS, JACKY CELICOURT, <br><br> Petitioners, <br><br> v. <br><br> WILLIAM P. BARR, U.S. Attorney General, *et al.*, <br><br> Respondents. | C.A. No. 1:19-cv-11314-PBS |

**RESPONDENTS' EXHIBIT A**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GILBERTO PEREIRA BRITO, FLORENTIN AVILA LUCAS, JACKY CELICOURT, <br><br>　　　　　Petitioners, <br><br>　v. <br><br>WILLIAM P. BARR, U.S. Attorney General, *et al.*, <br><br>　　　　　Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 1:19-cv-11314-PBS |

## RESPONDENTS' RESPONSE TO PETITIONERS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Respondents, by undersigned counsel, submit the following responses to Petitioners' Statement of Undisputed Material Facts (ECF No. 69). This response is designed solely to respond to Petitioners' Statement by identifying which of the factual grounds for Petitioners' motion are disputed.

A. <u>Facts relating to bond procedures under § 1226(a)</u>

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Disputed. Respondents admit that there is no requirement that immigration judges engage in a freestanding inquiry and consider an alien's "ability to pay" in every single case—even where the non-citizen has not put financial circumstances into issue. Respondents further aver that immigration judges have broad discretion to consider any number of factors related to setting a bond, including the appropriate amount of bond, if any. Respondents dispute the statement that immigration judges typically do not

consider an individual's ability to pay or releasing that individual without requiring a monetary bond.

5. Undisputed.

6. Undisputed.

7. Disputed. Respondents are unable to verify the 75th percentile calculation contained in this paragraph.

B. Facts relating to Petitioner Pereira Brito

8. Undisputed.

9. Undisputed.

10. Disputed, in part.

     a. Undisputed.

     b. Respondents are unable to verify the veracity of the statements contained in paragraph b, but they do not dispute that the information was presented at the bond hearing.

     c. Undisputed.

     d. Undisputed.

     e. Undisputed.

11. Undisputed.

C. Facts relating to Petitioner Avila Lucas

12. Undisputed.

13. Undisputed.

14. Disputed, in part.

     a. Undisputed

      b. Respondents are unable to verify the veracity of the statements contained in paragraph b, but they do not dispute that the information was presented at the bond hearing.

15. Undisputed.

D. <u>Facts relating to Petitioner Celicourt</u>

16. Undisputed.

17. Undisputed.

18. Disputed, in part.

      a. Respondents do not dispute that Mr. Celicourt was born in Haiti or that Mr. Celicourt was admitted to the United States on a tourist visa in March of 2018. Respondents do not dispute that Mr. Celicourt claims that he was politically active in Haiti and that he fled Haiti after armed men attacked him, but Respondents are unable to verify the veracity of such claims. Respondents do not dispute that Mr. Celicourt has lived in New Hampshire and has worked in construction and roofing since approximately April 2018.

      b. Respondents do not dispute that Mr. Celicourt applied for asylum, withholding of removal, and protection under the Convention Against Torture, but they aver that an immigration judge denied Mr. Celicourt's applications on April 10, 2019.

      c. Undisputed.

19. Undisputed.

Dated: September 23, 2019                Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation - District Court Section

ELIANIS N. PÉREZ
Assistant Director

J. MAX WEINTRAUB
Senior Litigation Counsel

C. FREDERICK SHEFFIELD
Senior Litigation Counsel

*/s/ Huy M. Le*
HUY M. LE
M.A. BBO No. 697256
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-4028
Facsimile: (202) 305-7000
E-mail: Huy.M.Le2@usdoj.gov

*Attorneys for Respondents*

## **CERTIFICATE OF SERVICE**
Civil No. 1:19-cv-11314-PBS

I hereby certify that this document will be filed through the electronic filing system of the Court, which system will serve counsel for all parties.

Dated: September 23, 2019 */s/ Huy M. Le*
By: HUY M. LE
Trial Attorney