# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brito, *et al.*,<br>*Plaintiffs,*<br><br>v.<br><br>Barr, *et al.*,<br>*Defendants.* | Case No. 19-cv-11314-PBS |

I, **JOSE A. SANCHEZ,** do hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I serve as an Assistant Chief Immigration Judge ("ACIJ") for the Boston and Hartford immigration courts. I work for the Office of the Chief Immigration Judge ("OCIJ"), a component of the Executive Office for Immigration Review ("EOIR"), which provides overall program direction and articulates policies and procedures for the immigration courts nationwide. My responsibilities include supervising and managing the dockets and daily activity in the immigration courts. I was appointed to this post in February 2019.

2. I served as an Immigration Judge in the Boston immigration court from July 2017, until February 2019. In that capacity I presided over bond, master calendar, and individual removal proceedings for aliens detained in the Suffolk and Plymouth, MA, detention facilities. Prior to joining EOIR as an Immigration Judge I was a Massachusetts Trial Court Judge for 22 years.

3. I am aware that the order issued in the case *Brito, et al, v. Barr, et al.*, No. 19-cv-11314-PBS (D. Mass. Nov. 27, 2019), declares that, effective December 13, 2019, "aliens detained pursuant to 8 U.S.C. § 1226(a) are entitled to receive a bond hearing at which the Government must prove the alien is either dangerous by clear and convincing evidence or a risk

of flight by a preponderance of the evidence and that no condition or combination of conditions will reasonably assure the alien's future appearance and the safety of the community. At the bond hearing, the immigration judge must evaluate the alien's ability to pay in setting bond above $1,500 and must consider alternative conditions of release, such as GPS monitoring, that reasonably assure the safety of the community and the alien's future appearances." I am also aware that these requirements apply to the certified Pre-Hearing and Post-Hearing classes defined in the order. I confirm that as of December 13, 2019, immigration judges who adjudicate bond hearings for individuals who are held in immigration detention in Massachusetts or are otherwise subject to the jurisdiction of the Boston immigration court are complying with the order.

 I affirm, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief. Signed in _BOSTON, MA_.

Dated: December 16, 2019

_Jose A. Sanchez_
Jose A. Sanchez
Assistant Chief Immigration Judge