# Exhibit A

# Daniel McFadden

| | |
|---|---|
| **From:** | Le, Huy M. (CIV) <Huy.M.Le2@usdoj.gov> |
| **Sent:** | Thursday, December 12, 2019 4:12 PM |
| **To:** | Daniel McFadden |
| **Cc:** | Adriana Lafaille; Matthew Segal; Michael Tan; SangYeob Kim; Finegan, Susan |
| **Subject:** | RE: Pereira Brito v. Barr |

Dan,

Sure thing. I will ping the agency for a redacted version. Just as a heads up, it sounds like they are pretty swamped due to Judge Saris' order so apologies in advance if it takes a minute.

Best regards,
Huy

**From:** Daniel McFadden <DmcFadden@aclum.org>
**Sent:** Thursday, December 12, 2019 3:22 PM
**To:** Le, Huy M. (CIV) <hule@CIV.USDOJ.GOV>
**Cc:** Adriana Lafaille <ALafaille@aclum.org>; Matthew Segal <MSegal@aclum.org>; Michael Tan <mtan@aclu.org>; SangYeob Kim <SangYeob@aclu-nh.org>; Finegan, Susan <SMFinegan@mintz.com>
**Subject:** Pereira Brito v. Barr

Dear Huy,

We are hearing that a notice was distributed to Pereira Brito v. Barr class members in detention today by the government.  Could you please provide me with a copy of the notice as soon as possible?

Thank you,
Dan McFadden

---

**Dan McFadden**
Pronouns: he, him, his

Staff Attorney
American Civil Liberties Union Foundation of Massachusetts
211 Congress Street, Boston, MA 02110
617.482.3170 x171 | dmcfadden@aclum.org
aclum.org

