UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GILBERTO PEREIRA BRITO, FLORENTIN AVILA LUCAS, and JACKY CELICOURT, individually and on behalf of all those similarly situated,<br><br>        *Plaintiffs-Petitioners*,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>        *Defendants-Respondents.* | Case No. 19-11314-PBS |

## DECLARATION OF ELIANA NADER, ESQ.

1. I am an Attorney licensed to practice law in the Commonwealth of Massachusetts. I am the Chair-Elect of the New England Chapter of the American Immigration Lawyers Association (AILA). In that capacity, among other things, I receive notices regarding scheduling changes at the Boston Immigration Court from the government and distribute that information to local AILA members.

2. Attached hereto as Exhibit A is a true and accurate copy of an email I received on Tuesday, December 10, 2019. The email contains a message from Attorney Mary A. Young, ICE's Chief Counsel in the Office of the Principal Legal Advisor in Boston. In that message, Attorney Young states that she has "requested a delayed start to tomorrow's afternoon court calendar to accommodate in-house training" and that the Boston Immigration Court's afternoon session consequently begin at 1:30 p.m.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____  _12/16/2019_
Eliana Nader                Date

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

Date: December 17, 2019                                              */s/ Susan M. Finegan*
                                                                                          Susan M. Finegan