# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Brito et al v. Barr et al

District Court Number: 1:19-cv-11314-PBS

Fee:  Paid? Yes _X_  No ____   Government filer ____   *In Forma Pauperis* Yes ____  No _X_

Motions Pending   Yes ____ No _X_         Sealed documents   Yes _X_ No ____
If yes, document # _____              If yes, document # 25, 26, 60, 61

*Ex parte* documents   Yes ____ No _X_       Transcripts   Yes _X_ No ____
If yes, document # _____              If yes, document # 38, 64, 84

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

\# 88 Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

\# 88

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 97 filed on 12/26/2019.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 12/27/2019.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Arnold Pacho
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**