# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
|  |  |
|---|---|
| GILBERTO PEREIRA BRITO, FLORENTIN AVILA LUCAS, JACKY CELICOURT, | ) ) ) |
| Petitioners, | ) ) ) |
| v. | ) ) |
| WILLIAM P. BARR, U.S. Attorney General, *et al.*, | ) ) |
| Respondents. | ) ) ) |

C.A. No. 1:19-cv-11314-PBS

## NOTICE OF RESPONDENTS' COMPLIANCE WITH JUDGMENT

William P. Barr, *et al.*, ("Respondents" or "the Government") hereby notify the Court that Respondents have complied with the Court's November 27, 2019 Memorandum and Order. *See* ECF No. 88. The Court ordered the Government to provide class counsel for Petitioners with the various information for each member of the Post-Hearing Class by January 3, 2020. *Id.* at 23. The undersigned counsel for the Government hereby certifies that he provided the list provided to him by the Department of Homeland Security ("DHS") to Petitioners' class counsel on January 3, 2020. The Court also ordered the Government to file a copy of the above-referenced information with the Court. *Id.* That list is attached to this notice as Exhibit A.

Accordingly, in conjunction with the Government's previously filed notice of compliance (ECF No. 90), Respondents are now in full compliance with the Court's November 27 Order.

Date: January 3, 2020                    Respectfully submitted,

                JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

ELIANIS N. PÉREZ
Assistant Director
District Court Section
Office of Immigration Litigation

*/s/ Huy M. Le*
HUY M. LE
M.A. BBO No. 697256
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-4028
Facsimile: (202) 305-7000
E-mail: Huy.M.Le2@usdoj.gov

*Attorneys for Respondents*

## **CERTIFICATE OF SERVICE**
Civil No. 1:19-cv-11314-PBS

I hereby certify that this document will be filed through the electronic filing system of the Court, which system will serve counsel for all parties.

Dated: January 3, 2020                             */s/ Huy M. Le*
                                                                    By: HUY M. LE
                                                                    Trial Attorney