# Exhibit A

| Last Name | First Name | Det Location | Init Book-In Date | Subsequent Bond Hearing (Y/N) | Subsequent Bond Hearing - date and outcome | Attorney of Record |
|---|---|---|---|---|---|---|
| ABREU DE ANDRADE | CHRISTIE | BRINDMA | 09/05/2019 | NO | | Callanan, William Joseph, 617-821-5538 |
| ADEWALE | BABATUNDE | WYATTRI | 01/25/2019 | NO | | Villalpando, Brenda Maria, 915-307-3496 |
| ADEYANJU | ADEKUNLE | STRAFNH | 10/31/2019 | NO | | toland, paul john, 857-226-8187 |
| AGUILAR-CASTANON | MARIO | BRINDMA | 09/10/2019 | NO | | Fuleihan, Dalia, 203-946-4811 |
| AGUILAR-CASTILLO | JOSE ALBERTO | PLYMOMA | 03/11/2019 | NO | | Carrasquillo, Jose P , 617-695-2220 |
| AHMED | MOHAMMAD | WYATTRI | 07/06/2019 | NO | | Mohammed, Ismail, 617-532-1911 |
| AHMED | JEWEL | WYATTRI | 07/06/2019 | NO | | Mohammed, Ismail, 617-532-1911 |
| AHMED | TAREQ | PLYMOMA | 07/06/2019 | NO | | Bhatta, Dilli Raj, 646-462-4246 |
| AL SHARIF | HAMZA | PLYMOMA | 10/17/2018 | NO | | Cameron, Matthew S, 6175670508 |
| ANDERSON PINHEIRO DE ANDR | CLEBERSON | STRAFNH | 09/24/2019 | NO | | Bandar, Stephen Edmond, 617-354-3434 |
| ANDRADE GUIDO ROCHA RAMOS | ELTON | PLYMOMA | 05/15/2019 | YES | 12/30/2019, $5000 bond set. | cissero, miryam, 6172097533 |
| ANDRADE-GALDAMEZ | JEFRY | PLYMOMA | 09/21/2019 | NO | | N/A |
| ARANGO-SEPULVEDA | BRAYAN | PLYMOMA | 05/28/2019 | NO | | Akselsen, Deniel Mettyu, 6177428161 |
| ARCIA-MENAS | SAMIL | PLYMOMA | 07/22/2019 | NO | | Harrington, Daniel Patrick, 617-482-3800 |
| AREVALO-CARRILLO | ELMER | WYATTRI | 06/20/2019 | NO | | Carrasquillo, Jose P , 617-695-2220 |
| ARIAS -SAVIQNE | ONIESKY | WYATTRI | 09/25/2019 | NO | | N/A |
| ARREAGA | MARVIN | BRINDMA | 07/22/2019 | NO | | Hahn, William A, 617-338-8333 |
| AVILA-ROMERO | JUAN | WYATTRI | 07/30/2019 | NO | | N/A |
| BANEGAS-LANZA | ALEX | PLYMOMA | 09/24/2019 | no | | N/A |
| BARBOSA | ALFEU | PLYMOMA | 01/07/2019 | no | | Perez, Heather, 6177429296 |
| BITSINDOU | MONNERE | PLYMOMA | 06/07/2019 | no | | Burlock, John Steele, 603-417-3028 |
| BORGES | HOLLYMPIO | PLYMOMA | 08/26/2019 | no | | Epstein-Santoyo, Alejandro, 617-999-5890 |
| CAMPBELL | CHEQUEVAR | BRINDMA | 09/26/2019 | no | | Marcus, Daniel Eric, 860-525-5500 |
| CARIAS HERNANDEZ | MARIO ALBERTO | PLYMOMA | 08/19/2019 | no | | Perez, Heather, 6177429296 |
| CASTANEDA-ALVAREZ | JESUS DE JOSE | PLYMOMA | 06/11/2019 | no | | DREW, RANDALL A |
| CASTILLO-MILIAN | AGUSTIN | PLYMOMA | 08/21/2019 | no | | |
| CASTRO-CASTRO | JOSE JAIME | PLYMOMA | 03/18/2019 | no | | Chaput, Melanie Marie |
| CELA-CAGUANA | MANUEL | STRAFNH | 03/05/2019 | no | | Shafer, Susanna Lee |
| CELIMEN SAVINO | MARIA | BRINDMA | 02/26/2019 | no | | |
| CRUZ-PABLO | FERMIN | PLYMOMA | 04/02/2019 | no | | |
| CUESTA-ROJAS | DARWIN | WYATTRI | 03/20/2019 | no | | |
| DAROCHA | EDLANDER | BRINDMA | 09/22/2019 | no | | Glynn, Thomas P |
| DE LEON MERIDA | REY | WYATTRI | 09/23/2019 | N | | Ng, Jonathan |
| DOMINGUEZ-MEJIA | LEONARDO | PLYMOMA | 06/03/2019 | N | | |
| DOS ANJOS CORREIA | SEBASTIAO | WYATTRI | 07/09/2019 | N | | Benitez, Arnoldo |
| DRY | EVENS | PLYMOMA | 07/14/2019 | N | | Moreno, Janeth Berenisse - 857-277-1067 |
| ENAMORADO-RODRIGUEZ | DARLIN | GREENMA | 03/01/2018 | N | | Soutter, David - 6172354678 |
| ESPANA TOJ | JUANITO | PLYMOMA | 10/18/2019 | N | | None |
| FIGUEROA-MAZARIEGO | MARVIN | PLYMOMA | 07/03/2019 | N | | Rubin, Jeffrey - 617-367-0077 |
| FLORES | OSCAR | PLYMOMA | 06/20/2019 | N | | None |
| GUAMAN CAGUANA | MANUEL | PLYMOMA | 09/11/2019 | N | | Serras, Spiro 212-695-0060 |
| HAN | JIANFENG | PLYMOMA | 07/06/2019 | N | | Wolfe, Robert Charles Elliott |
| HENRIQUE DA SILVA | WELSON | PLYMOMA | 09/11/2019 | NO | | Lider, Fogarty & Ribeiro, 508-689-4773 |
| HERNANDEZ-AREVALO | DAVID EDENILSON | GREENMA | 08/03/2018 | NO | | Silvia, Corey 6175670508 |
| HOSSAIN | SAKHAWAT | PLYMOMA | 07/27/2019 | NO | | CARRIER, CRISTINA 413-736-1700 |
| JAGWE | MAHMOOD | WYATTRI | 09/24/2019 | NO | | Church, Susan |
| JULIAN MAYIC | LUIS | BRINDMA | 11/07/2019 | NO | | PRO SE |
| KHAN | NAZIM | PLYMOMA | 09/07/2018 | NO | | pro se |
| KHOJAH | YOSEF | PLYMOMA | 06/14/2019 | NO | | Atty Heather Yountz |
| LANGA | MICHAEL BONGANI | PLYMOMA | 05/29/2019 | NO | | Atty Okoye |
| LECH | JAN | WYATTRI | 10/24/2019 | NO | | Fappiano, Justin (203) 506-2022 |
| LEMUS TEO | HERNAN | BRINDMA | 09/18/2019 | NO | | Collier, John 617-441-2121 |
| LICONA-RIVERA | CESAR | WYATTRI | 09/24/2019 | NO | | Pro Se |
| LOPEZ PEREZ | LEONARDO | PLYMOMA | 07/24/2019 | NO | | Jeffrey Rubin (617) 367-0077 |
| LU | HAIFENG | PLYMOMA | 08/30/2019 | no | | Michael Kamen, 216-409-7225 |
| MANUEL | TAMBUE | PLYMOMA | 07/22/2019 | no | | Ogor Winnie Okoye (781)596-0151 |
| MARTINEZ GARCIA | RAMIRO | PLYMOMA | 09/22/2019 | no | | Kevin MacMurray, 617-742-8161 |
| MASSINGUE | ELDORADO | GREENMA | 06/24/2019 | no | | Thomas Rome, 860-236-6951 |
| MASHILINGI | JEAN | PLYMOMA | 03/25/2019 | no | | SangYeob Kim, 603-333-2081 |
| MAZA-CHARCO | CRISTIAN | PLYMOMA | 02/25/2019 | no | | Rachel Rado, 617-871-6030 |
| MELES | SELEMUN | PLYMOMA | 11/19/2018 | no | | Michael Harrington, 617-504-9655 |
| MENDEZ CHAVEZ | BENIGNO | PLYMOMA | 05/01/2019 | no | | Harry Katz, 6177428161 |
| MENDEZ NOLASCO | GILBERTO | PLYMOMA | 10/18/2019 | no | | Joanna Silva Keefe (617)820-6079 |
| MENDEZ-MARTINEZ | SIPRIANO | PLYMOMA | 09/22/2019 | NO | | Enrique Mesa Jr. (603) 296-2222 |
| MENDEZ-RAMOS | OSBEL | BRINDMA | 07/05/2019 | NO | | N/A |
| MERENO | FELIX | PLYMOMA | 12/05/2018 | NO | | Mark Cooper (617) 523-4148 |
| MONTUFAR-GIRON | ESTEBAN | BRINDMA | 08/15/2019 | no | | John Henry Ruginski Jr. (401) 272-7966 |
| MOUSBAHOU | MAYATCHI | PLYMOMA | 06/17/2019 | no | | Mark Freeman (617) 571-0667 |
| MURIRA | PERMINUS | PLYMOMA | 05/20/2019 | no | | Ogor Winnie Okoye (781)596-0151 |
| NASCIMENTO | RELRISON | PLYMOMA | 11/28/2018 | no | | Susan Church (617) 354-3944 |
| NIZEYIMANA | ABDY | PLYMOMA | 09/10/2019 | no | | Christopher Warner, 617-951-9208 |
| ORDONEZ-MACIAS | HOLGER | PLYMOMA | 06/25/2019 | N | | Jeffrey Rubin (617) 367-0077 |
| ORTEGA-AMAYA | LESTER | PLYMOMA | 03/08/2019 | N | | Christopher Lavery (617) 523-1500 |
| OSORIO RAMIREZ | YULMAN FRANCISCO | BRINDMA | 09/22/2019 | N | | Brian Sylvia (508) 984-1470 |
| PERALTA-VINTIMILLA | EDWIN | WYATTRI | 10/10/2019 | N | | Hamza Ma'ayergi (203) 569-1180 |
| PEREIRA | ALECKSSANDRO | WYATTRI | 03/08/2019 | N | | Mark Hooper (978) 423-1992 |
| POJOY | JOSE | PLYMOMA | 05/20/2019 | N | | Melanie Chaput (603)883-0085 |
| PORTALES-GALINDO | MARTIN | WYATTRI | 10/21/2019 | N | | Marcy Levine Acevedo (860)213-9487 |
| PRADO JUNIOR | FLAVIO | BRINDMA | 04/25/2019 | N | | Jason Giannetti (508) 360-2323 |
| RAMIREZ-ANASTACIO | MIGUEL | STRAFNH | 09/24/2019 | N | | None |
| RAMIREZ-GARCIA | OSCAR | PLYMOMA | 02/25/2019 | N | | Kevin Leeper (508)270-3000 |
| RAMIREZ-GUERRERO | ESTEBAN | WYATTRI | 02/01/2019 | N | | Jonathan Ng (617)720-5200 |
| RAMIREZ-MADONALDO | RANFERI | BRINDMA | 02/27/2019 | N | | Margaret Moran (617)603-1808 |
| REGALADO | ALFONSO | PLYMOMA | 09/11/2019 | N | | Joanna Silva Keefe (617)820-6079 |
| REYES-PUJOLS | ZEIKE | STRAFNH | 11/14/2018 | N | | Melinda Bonacore (978) 888-0629 |
| REYES-SANTANA | LUIS | WYATTRI | 08/08/2019 | N | | Daniel Patrick Harrington (617) 482-3800 |
| RODRIGUES DOS SANTOS | ERILDO | WYATTRI | 09/24/2019 | N | | Kevin Patrick MacMurray (617) 742-8161 |

| Last Name | First Name | Facility | Date | Bonded | Attorney |
|---|---|---|---|---|---|
| SHABAN | HAMZAH | BRINDMA | 05/09/2019 | No | Giannetti, Jason, 508-360-2323 |
| SINGH | MANINDER | PLYMOMA | 11/14/2018 | No | Singh, Dalbir; 212-428-2000 |
| SINGH | MANPREET | BRINDMA | 07/09/2019 | No | Singh, Dalbir - 212-428-2000 |
| SKITH | LAMARRE | BRINDMA | 03/01/2019 | No | Alkalay, Ira - 6177754431 |
| SSEKABAZI | NATHANAEL | BRINDMA | 11/21/2018 | No | Yountz, Heather - 6173543944 |
| SUAZO ALCANTARA | RIGOBERTO ANTONIO | WYATTRI | 09/25/2019 | No | Benzan, John - 617-733-7723 |
| THOMAS | AKEIM | BRINDMA | 09/13/2019 | No | Osakwe, Gregory Chukwuemeka 860-524-0562 |
| TUYISABE | HERVE BLAISE | BRINDMA | 09/17/2019 | No | Harris, Amanda Nicole 207-835-1585 |
| VALENCIA-NAVARRO | JOSE | WYATTRI | 08/07/2019 | No | Rodriguez, Yazmin 203-290-4500 |
| VALLE | HECTOR | PLYMOMA | 08/01/2019 | No | Patel, Rashmi Nandu 203-977-2406 |
| WAFULA | LLOYD | BRINDMA | 08/02/2019 | No | Crnilovic , Ivan 9795575556 |
| ZAMBRANO CANTOR | ANGEL | PLYMOMA | 07/31/2019 | No | Cruz, Milagros Saldana 860-760-0422 |
| GARCES-AVILA | ISMAEL | WYATTRI | 09/26/2019 | No | N/A |
| GOMES | ROBSON | STRAFNH | 06/11/2019 | No | Susan Church |
| GOMES | MARCIO | BRINDMA | 09/25/2019 | No | Glenn Formica |
| GOMES VIEIRA | JEAN | PLYMOMA | 10/25/2019 | No | Susan Zak |
| GONZALEZ REYES | BAUDELIO | PLYMOMA | 08/13/2019 | No | Heather Perez |
| GONZALEZ VICTORIO | ABELARDO | BRINDMA | 09/18/2019 | No | Maureen Abell |
| GONZALEZ-GALICIA | LUIS FERNANDO | PLYMOMA | 06/08/2019 | No | Cristina Ramirez |
| RODRIGUEZ-GARCIA | RUBEN | WYATTRI | 06/10/2019 | No | Pro se |
| RUHANGINTWARI | JEAN | PLYMOMA | 08/31/2019 | No | wagner, james rennie, 207-400-6038, |
| SALGUERO-GODOY | JOSE | PLYMOMA | 07/16/2019 | No | Jennifer Klein, 617-623-0591 |
| SANCHEZ LOPEZ | VICTOR | BRINDMA | 07/08/2019 | no | Rafael R. Pichardo, 860-578-4152, |