# Exhibit A

# Supplemental Post-Hearing Class List

| Last Name | First Name | Det Location | Init Book-In Date | Subsequent Bond Hearing (Y/N) | Subsequent Bond Hearing - date and outcome | Attorney of Record |
|---|---|---|---|---|---|---|
| Ahmed | Mohammad Kamal | WYATTRI | 07/06/2019 | NO | | Thapa, Chanda, 347-820-2393 ct@chandalaw.com |
| Kikweta | Gloria Tudiabioko | PLYMOMA | 11/22/2019 | NO | | Callanan, William Joseph, 617-821-5538 |
| Castillo-Malpica[1] | Gabriel | BRINDMA | 08/05/2019 | NO | | Formica, Glenn Louis, 203-787-1946 |

---

[1] It is unclear whether Mr. Castillo-Malpica is a member of the *Brito* class. However, in the abundance of caution, the Government provided his information to class counsel.