UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GILBERTO PEREIRA BRITO, FLORENTIN AVILA LUCAS, and JACKY CELICOURT, individually and on behalf of all those similarly situated,

*Plaintiff-Petitioners,*

v.

MERRICK B. GARLAND, et al.,

*Defendant-Respondents.*

Case No. 19-11314-PBS

**PROPOSED JUDGMENT**

The Court has ordered the parties to file a proposed form of judgment.

In an opinion dated December 28, 2021, the U.S. Court of Appeals for the First Circuit affirmed this Court's declaratory judgment "to the extent it declared that if the government refuses to offer release subject to bond to a noncitizen detained pursuant to 8 U.S.C. § 1226(a), it must either prove by clear and convincing evidence that the noncitizen is dangerous or prove by a preponderance of the evidence that the noncitizen poses a flight risk." *Brito v. Garland*, 22 F.4th 240, 256-57 (1st Cir. 2021). The First Circuit otherwise vacated this Court's declaratory judgment and permanent injunction, and remanded for entry of judgment in accordance with its opinion. *Id.*

The First Circuit denied cross motions for rehearing and/or rehearing en banc on July 6, 2022, and issued its Mandate on July 14, 2022.

Accordingly, the plaintiffs propose that the Court should enter the following declaratory judgment as to both classes, with each party to bear its own fees and costs:

"The Court declares that noncitizens detained pursuant to 8 U.S.C. § 1226(a) are entitled to receive a bond hearing at which the Government must prove the noncitizen is either dangerous by clear and convincing evidence or a risk of flight by a preponderance of the evidence."

Dated: September 8, 2022

Respectfully submitted,

**GILBERTO PEREIRA BRITO, FLORENTIN AVILA LUCAS, and JACKY CELICOURT, individually and on behalf of all those similarly situated,**

By their attorneys,

/s/ Daniel L. McFadden
Susan M. Finegan (BBO # 559156)
Susan J. Cohen (BBO # 546482)
Andrew Nathanson (BBO # 548684)
Mathilda S. McGee-Tubb (BBO # 687434)
Ryan Dougherty (BBO # 703380)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
smfinegan@mintz.com
sjcohen@mintz.com
annathanson@mintz.com
msmcgee-tubb@mintz.com
rtdougherty@mintz.com

Matthew R. Segal (BBO # 654489)
Daniel McFadden (BBO # 676612)
Adriana Lafaille (BBO # 680210)
American Civil Liberties Union Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org
alafaille@aclum.org

Gilles R. Bissonnette (BBO # 669225)
Henry R. Klementowicz (BBO # 685512)
SangYeob Kim (N.H. Bar No. 266657)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NEW HAMPSHIRE
New Hampshire Immigrants' Rights Project
Concord, NH 03301
Tel.: 603.333.2081
gilles@aclu-nh.org
henry@aclu-nh.org
sangyeob@aclu-nh.org

Michael K. T. Tan*
ACLU FOUNDATION IMMIGRANTS'
RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Tel: 212-549-2660
mtan@aclu.org
*Admitted *pro hac vice*

*Attorneys for Petitioners*