UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GILBERTO PEREIRA BRITO, FLORENTIN AVILA LUCAS, and JACKY CELICOURT, individually and on behalf of all those similarly situated,<br><br>*Plaintiff-Petitioners,*<br><br>v.<br><br>MERRICK GARLAND, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>*Defendant-Respondents.* | Case No. 19-11314-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the Petitioners and certified classes. The Petitioners and certified classes are still represented by other counsel in this matter.

Dated: March 24, 2023

Respectfully submitted,

/s/ *Matthew R. Segal*
Matthew R. Segal (BBO # 654489)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
msegal@aclum.org

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

| | |
|---|---|
| March 24, 2023 | /s/ *Matthew R. Segal* |
| | Matthew R. Segal |